EXHIBIT C

# Kenneth Alan Totz, DO, JD, FACEP
### Board Certified Emergency Physician

April 2, 2021

RE: Mary Godwin v. Royal Caribbean Cruises, LTD Expert Report

Thank you for allowing me to participate in this case. I have submitted a current curriculum vitae (CV), to incorporate by reference, as well as the following summary of my qualifications to opine in this matter. Should you have any questions, or are in need of any clarifications, please do not hesitate to contact my office.

I received a scholarship through the United States Navy to attend medical school at Midwestern University in Chicago, Illinois. During each summer, before and during the four years of medical school, I attended six weeks of Naval medical and logistical training, concentrating on the unique medical environment that practice at sea poses. Following medical school, I completed a transitional internship at the Portsmouth Naval Hospital in Portsmouth, Virginia. The one-year internship was spent rotating through the different medical specialties in anticipation of becoming a general medical officer supporting the Naval fleet. I was then selected to attend flight surgery training at the Naval Operations Medical Institute (NOMI) in Pensacola, Florida where I earned my flight surgery designation. Training consisted of learning how to fly rotary (helicopters) and fixed wing (airplanes) aircraft, as well as intensive studies on addressing the unique medical and logistical issues that are confronted while at sea and at altitude. Following flight surgery training, I was stationed for nearly four years at the Naval Air Station (NAS) Joint Reserve Base Belle Chasse in New Orleans, Louisiana. NAS Belle Chasse was home to Army, Navy, Marine, Louisiana Air National Guard, and US Coast Guard (USCG) squadrons. My primary duties entailed caring for the medical well-being of the entire active duty flight and support crews on the base, as well as the reserve crews that were supporting Operation Southern Watch in Iraq, and then the numerous post-911 missions. A second major component of my duties at NAS Belle Chasse was to provide medical and logistical support to the annual NAS Belle Chasse Air Show which featured the US Navy Blue Angels and US Air Force Thunderbirds. The heavily-attended air show welcomed nearly 200,000 visitors during the weekend event and often necessitated the air and ground transport of ill patrons to nearby hospitals. As heavy base traffic often precluded timely ground transportation to community medical facilities, I found it was necessary to create contingency plans with the community trauma and medical centers, in addition to our base USCG squadron for air transport. Throughout my time at NAS Belle Chasse, I acquired a deep appreciation for the USCG mission and flew with them almost exclusively as part of my mandated minimum of four hours of weekly flight time. In addition to being on-call for base emergency medical issues, I participated in numerous training and dozens of actual search and rescue (SAR) missions during my tenure as senior flight surgeon at NAS Belle Chasse. Following five years of active duty Naval service, I completed three more years as a reserve Flight Surgeon during my emergency medicine residency in Houston, TX from 2002-2005.

1

In 2005, I graduated as Chief Resident from the University of Texas at Houston Emergency Medicine Residency program. I am board certified in emergency medicine by the American Board of Emergency Medicine (ABEM) and I am a Fellow of the American College of Emergency Physicians (FACEP). My 24 years of acquired skills, knowledge, training, education, and experience as a Naval and civilian physician includes managing patients with routine and complex medical conditions, as well as other traumatic musculoskeletal injuries. My professional knowledge and experience make me familiar with industry standards for medical care based on evidence-based guidelines and appropriate use criteria that are accepted standards within the healthcare industry throughout the United States. I have been an Advanced Trauma Life Support (ATLS) Instructor at Tulane University Medical Center in New Orleans, Louisiana, The Memorial Hermann Life Flight Program, and Ben Taub General (Level 1 trauma) Hospital for the last 21+ years teaching physicians, nurses, nurse practitioners, and physician assistants the widely preferred ATLS method of approaching and dispositioning all types of trauma in a variety of practice settings. Moreover, logistical decisions of transporting patients by ground and air from remote, poor weather, and austere conditions, have been frequent considerations addressed throughout my entire practicing career in academic, community, and rural settings.

All of my opinions herein are based on a reasonable degree of medical probability. I reserve the right to amend or supplement my opinions in the future, based on receipt of additional information.

## CASE DOCUMENTS REVIEWED:

1. Mary Godwin v. Royal Caribbean Cruises, LTD Complaint
2. Deck Pages Bate NOs 72-76
3. Brilliance of The Seas Medical Records
4. Dr. Kenneth Harman MD Defense Flight Surgeon Expert Report
5. Capt Richard Kenin Defense Maritime Expert Report
6. Dr. Johann Blignaut, M.D., February 11, 2021 Deposition Transcript
7. Dr. Ervin Radetic MD, February 23, 2021 Deposition Transcript
8. John Pierce Plaintiff Maritime Expert Report
9. Jasper Neurology Associates 10/16/2019
10. Union General Hospital 12/21/2018
11. Union General Hospital 3/15/2019
12. Union General Hospital 3/27/2019

## CASE BACKGROUND:

Mrs. Mary Godwin boarded the Royal Caribbean, Brilliance of the Seas, on or about, December 15, 2018. At that time, Mrs. Godwin was an active, highly functioning 57 years old woman with a past medical history of Marfan's Syndrome, thoracic aortic aneurysm/dissection, hypertension, type 2 diabetes mellitus, and hypercholesterolemia. At or about 2400 on December 15, 2018, Mrs. Godwin's husband called the shipboard 911 system to request help for his wife who was having a headache (for approximately 24 hours), and new onset right facial drooping, slurred speech, and right-sided weakness that

2

began as she was getting up to use the restroom at or about 2400. The Brilliance of the Seas medical team responded to Mrs. Godwin's room at or about 0013 on December 16, 2018. Mrs. Godwin was subsequently brought back to shipboard medical center at or about 0022 on December 16, 2018. She was helped onto the ICU bed, connected to a monitor, vital signs were taken, EKG performed, an IV was placed, and diagnostic bloodwork was drawn by Isabel Pont, RN. The first documented interaction with one of the ship's physicians was at or before 0037 on December 16, 2018 (Dr. Ervin Radetic). Dr. Radetic's first and *only* physical exam documentation was noted at *0156* on December 16, 2018. His neurological exam noted, "abnormal posture, right sided weakness, and slurred speech." Dr. Johann Blignaut documented a pending neurology referral request at *1035* on December 16, 2018, at the medical facility in George Town Grand Cayman Islands. Dr. Blignaut's first and only physical exam was at *1108* on December 16, 2018, *after* his request for a neurology consultation. Dr. Blignaut's neurological exam relevantly notes: "Speech and language: Abnormal," "Lower limbs: Power: Ankles decreased, Hips decreased, and knees decreased," "Upper limbs: Power: Elbow decreased, Fingers decreased, shoulder decreased, and wrist decreased." There was no NIH Stroke Scale (NIHSS) documented in the entirety of the shipboard medical record. Mrs. Godwin was subsequently fed solid food without doing a swallowing study to check for aspiration risk. Medical record entry by Dr. Blignaut notes the patient was discussed with "med ops" (no name or professional designation noted) last night and a "mutual decision was made not to deviate." "Was already more than 9 hours out of Tampa and patient had contraindications for thrombolytic." "Decided on conservative Rx (for presumptive stroke) and referral in Cayman." Mrs. Godwin was released to the medical transport unit on Grand Cayman Island on or about 0800 December 17, 2018, 32 hours after the onset of her symptoms and her husband's first contact with the Brilliance of the Seas medical crew. Diagnostic studies performed and/or reviewed at the Health City Cayman Island Medical Center, Union General Hospital in Georgia, and the Jasper Neurology Associates confirmed an acute ischemic stroke. As of the last medical record entry, October 16, 2019, Mrs. Godwin had persistent right upper and lower extremity weakness and an unsteady gait.

## ISSUE REBUTTALS OF KENNETH R. HARMAN M.D. CAPT (ret) USCG/USPS

1. *Opinion regarding Mrs. Godwin's clinical status at or a few hours before 12:00AM December 15, 2018:*
   a. Dr. Harman, the defense Family Medicine trained flight surgeon, opined that Mrs. Godwin had a stroke at or around 2400 on December 15, 2018 aboard The Brilliance of The Seas. From this initial assertion, Dr. Harman further opined that, (1) Mrs. Godwin was not a candidate for clot dissolving therapy (Intravenous (IV) tissue plasminogen activator (t-PA)) or mechanical endovascular thrombectomy, and (2) thus would not have benefitted from MEDEVAC transport off The Brilliance of The Seas. This expert vehemently disagrees with both assertions.
   b. The standard of care for a physician practicing in any acute care setting (ER, urgent care, cruise ship, etc.) is to obtain a thorough history of the presenting illness from their patient (or advocate), perform a thorough physical exam

3

commensurate with the presenting complaint, develop a reasonable differential diagnosis of potential problems based on the history and physical exam, perform necessary diagnostic testing to rule in/out potential diagnoses, and timely consider the need to transfer the patient to the appropriate specialist/facility .

c.  Here, Dr. Radetic, a self-described hand surgeon without any formal emergency medicine or acute care training, was the initial physician to assess Mrs. Godwin's condition at or around 2400 on December 15, 2018. Dr. Radetic documented NO history of the present illness from Mrs. Godwin or her husband. His physical exam, documented 94 minutes (0156 on December 16, 2018) after Mrs. Godwin's arrival to the medical center ICU, summarily noted, "right side weakness and slurred speech." There was NO NIHSS documented, that quantifies stroke severity and helps guide stroke therapy, or a differential diagnosis created to consider other emergent causes of Mrs. Godwin's "right side weakness and slurred speech." All diagnostic testing was ordered by the nurses. There were NO further medical record entries made by Dr. Radetic except his singular diagnostic impression of "cerebral infarction."

d.  Dr. Radetic, and later, Dr. Blignaut, the other physician addressing Mrs. Godwin's condition, deviated from the standard of care by not performing the necessary physical exam elements to quantify an NIHSS and then discussing the results with widely available neurology/stroke team consultants. The NIHSS is a brief, well-studied and validated, 0-42 point exam that correlates with stroke severity. A higher NIHSS is generally associated with a more severe stroke, and many times, will push the physician towards more aggressive therapy, as these patients have the most severe deficits and most potential debility. In its early introduction, an NIHSS of greater than or equal to 6 was used as guideline to initiate IV t-PA therapy, if the patient was within the 3 hour window (later increased to 4.5 hours) since symptom onset.[1] It soon became apparent, though, that even low scores below 6 could be extremely disabling, and prompt the administration of IV t-PA therapy. For example, a patient with an isolated inability to speak (mute) or inability to see (blindness) would only receive an NIHSS score of 3, but would nevertheless be strongly considered a candidate for IV t-PA due to the significantly incapacitating nature of the deficit(s). Performing the NIHSS and discussing the results with the assuming neurology/stroke team are critical to effective and coordinated stroke care. Here, it was impossible to quantify Mrs. Godwin's NIHSS, as numerous elements of the scale were never performed by Drs. Radetic or Blignaut, and cannot be assumed or speculated. What is clearly documented throughout all of the medical records though, is that Mrs. Godwin, a right handed woman, was having problems speaking and having weakness in her right upper extremity and right lower extremity. These criteria alone, have formed the basis of hundreds of personal administrations of t-PA throughout

---

[1] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4530422/. Last viewed March 31, 2021

4

my career and should have prompted Drs. Radetic and Blignaut to consult with available neurology/stroke team specialists and arrange for timely MEDEVAC disposition. Unfortunately, Drs. Radetic and Blignaut never performed the NIHSS or consulted with any neurologist/stroke consultant to discuss Mrs. Godwin's candidacy for IV t-PA or other interventional/endovascular therapy. As such, Mrs. Godwin stayed aboard The Brilliance of the Seas and received "conservative (none) therapy," which resulted in permanent weakness, disability, and an inability to walk unassisted. According to the published guidelines by Genentech, the pharmaceutical manufacturer of IV t-PA, Mrs. Godwin had no contraindications and was a candidate for this therapy.[2]

e. Dr. Radetic, and Dr. Blignaut deviated from the standard of care by not documenting or creating a differential diagnosis of other potential emergent causes of Mrs. Godwin's "right sided weakness and slurred speech." While their initial impression of an acute ischemic stroke was correct, this was an extremely reckless assertion, as other similarly presenting and time-critical diagnoses were either overlooked or never considered. An acute hemorrhagic stroke, intracranial abscess, intracranial tumor/mass, encephalitis, meningitis, ruptured cerebral aneurysm, and acute arterial dissection all can be indistinguishable from an acute ischemic stroke. All of the above diagnoses needed to be immediately considered and ruled in/out with emergent diagnostic testing not available aboard The Brilliance of the Seas. Specifically, and most importantly, a CT scan of the brain was the most critical unavailable diagnostic test aboard The Brilliance of the Seas. Along with the history, physical exam, and NIHSS, a CT scan of the brain creates a "fork in the road" for the physician to consider IV t-PA therapy in the setting of an acute ischemic stroke or someone with "right sided weakness and slurred speech." If the CT identifies intracranial bleeding or one of the other issues noted above in the differential diagnosis for "right sided weakness and slurred speech," then IV t-PA may not be a therapeutic option. If there is NO intracranial bleeding, and within the 4.5 hour window of symptom onset, then IV t-PA can be considered, with or without, adjunctive interventional/endovascular therapy. Here, Dr. Radetic and Blignaut only considered the possibility of an acute ischemic stroke, but never took the additional imperative step to confirm their diagnosis and seek timely and effective therapy for this very treatable condition. Unfortunately, this critical omission and delay closed the 4.5 hour window of opportunity for Mrs. Godwin to receive effective IV t-PA therapy for her acute ischemic stroke. Consequently, Mrs. Godwin suffered permanent weakness, disability, and an inability to walk unassisted from not receiving timely and appropriate treatment for her acute ischemic stroke.

f. Dr. Radetic and Dr. Blignaut deviated from the standard of care by not reasonably acting upon the time-sensitive neurologic emergency evolving in front of them. A common expression in the neurology and emergency

---

[2] https://www.activase.com. Last viewed April 1, 2021

5

medicine communities is, "Time is brain." As each minute passes by in an acute ischemic stroke, the brain is deprived of oxygen and vital nutrients that allow it to function normally. If blood flow is restored, normal brain function can return. As such, preservation of as much brain tissue is the underlying principle behind acute ischemic stroke treatment. Dr. Harman echoed this fundamental concept of stroke care in his expert report by noting, "brain tissue cannot survive very long without oxygen and nutrients." Therefore, prompt restoration of blood flow to the brain by one of the many approved modalities is the standard of care in acute ischemic stroke treatment. Unfortunately though, effective medical or interventional therapy is unhelpful if the treating physician(s) never consider its availability or logistical options for receiving the treatment(s). Drs. Radetic and Blignaut never reached out to neurologic or other competent stroke care consultants, available to them, on The Brilliance of the Seas, to discuss timely MEDEVAC options for further evaluation and management of Mrs. Godwin's emergent and evolving stroke. Accordingly, Mrs. Godwin was left with permanent weakness, disability, and an inability to walk unassisted.

g. In addition to IV t-PA therapy, Dr. Harman also correctly noted the possibility of "thrombectomy" (i.e. mechanical/interventional/endovascular therapy) as an alternate or additive treatment for those patients suffering an acute ischemic stroke. Endovascular therapies work very similarly to the treatment of a closed coronary artery of the heart during a heart attack. A catheter is directed up to the closed artery in the brain, where then small amounts of clot dissolving medication is delivered directly to the clotted artery to restore blood flow to the brain and/or a "stent" can be used to mechanically open the clotted artery, to restore blood flow to the brain. In addition to being used as an initial therapy for acute ischemic stroke, endovascular therapies are ideal for patients that may not meet the timeframe criteria or have other contraindications to IV t-PA. With either therapy (t-PA or endovascular) though, earlier intervention is associated with better functional outcomes.

h. As of July 19, 2018, there were at least 6 known trials that showed efficacy of mechanical endovascular therapies in acute stroke treatment up to *6 hours* after symptom onset. [3,4,5,6,7,8] Following the initial successes of these early

---

[3] Bracard S, Ducrocq X, et al. Mechanical thrombectomy after intravenous alteplase versus alteplase alone after stroke (THRACE): a randomized controlled trial. *Lancet Neurol.* 2016 Oct 15 (11):1138-47).

[4] Saver JL, et al. Stent-retriever thrombectomy after intravenous t-PA vs. t-PA alone in stroke. *N Engl J Med.* 2015 Jun 11. 372 (24):2285-95.

[5] Jovin TG, et al. Thrombectomy within 8 hours after symptom onset in ischemic stroke. *N Engl J Med.* 2015 Jun 11.372 (24):2296-306.

[6] Berkhemer OA, et al. A randomized trial of intraarterial treatment for acute ischemic stroke. *N Engl J Med.* 2015 Jan 1. 372(1):11-20

[7] Campbell BC, et al. Endovascular Therapy for Ischemic Stroke with Perfusion-Imaging Selection. *N Engl J Med.* 2015 Feb 11.

[8] Goyal M, et al. Randomized Assessment of Rapid Endovascular Treatment of Ischemic Stroke. *N Engl J Med.* 2015 Feb 11.

trials, the DAWN (January 4, 2018) and DEFUSE 3 (January 24, 2018) trials were published in *The New England Journal of Medicine* demonstrating the benefit of endovascular therapies in patients up to *24 hours* following symptom onset (DEFUSE 3 (6-16 hours), DAWN (<24 hours)). [9,10] At the time of onset of Mrs. Godwin's symptoms, she had no contraindications and was a candidate for endovascular therapy. Tampa General Hospital in Tampa, FL and Lee Health in Fort Myers, FL were two of the many nearby comprehensive stroke centers capable of initial stroke evaluation, IV t-PA, and endovascular stroke care.

2.  ***USCG MEDEVAC Policy and Procedure:***

    a.  As noted above, Drs. Radetic and Blignaut correctly diagnosed Mrs. Godwin as having an acute ischemic stroke (aka: cerebral infarction, cerebral vascular accident, (CVA)) at or around 2400 on December 15, 2018, but did not timely reach out to neurology/stroke team resources that could have offered Mrs. Godwin *treatment* for her devastating condition (i.e. MEDEVAC to definitive shoreside care). Dr. Harman asserted in his expert report that, in the absence of "compelling or extenuating circumstances," a USCG flight surgeon would not recommend MEDEVAC for a stroke victim if care could not be initiated within 3 hours of symptom onset. This was a most preposterous an illogical statement. If the medical crew of the Brilliance of the Seas *knew with certainty* that Mrs. Godwin was having an acute *ischemic* stroke, they could have initiated available IV t-PA therapy right there on the ship! Unfortunately, Drs. Radetic and Blignaut could not make this diagnosis or rule out the other potential critical diagnoses without a CT scan and/or other diagnostic studies. We only know now, following numerous diagnostic studies in Grand Cayman >32 hours after initial stroke symptom onset, that Mrs. Godwin was actually having an acute *ischemic* stroke. As previously noted, there are numerous other time-critical mimickers of an ischemic stroke (see 1. d. above). All of them, including the actual diagnosis of acute ischemic stroke, needed to be emergently considered and promptly ruled in/out with medical specialists and diagnostic equipment not available aboard The Brilliance of the Seas. Moreover, it is quite insulting and offensive to this emergency medicine and flight surgery expert, to suggest that attempting to salvage the functional capacity of a highly functioning 57 year-old patient from a horrendously devastating condition, is not "compelling or extenuating." Furthermore, as will be noted below, there was ample time to retrieve and deliver Mrs. Godwin to a comprehensive stroke center within the therapeutic window for IV t-PA and/or additional endovascular interventions.

    b.  According to John Pierce, the plaintiff's maritime expert, a US Coast Guard (USCG) helicopter could have reached *and* picked up Mrs. Godwin on The Brilliance of the Seas within 92 minutes of being called. Allowing another

---

[9] Nogueira RG, et al. Thrombectomy 6-24 Hours after Stroke with a Mismatch between Deficit and Infarct. *N Engl J Med*. 2018 Jan 4. 378 (1):11-21.

[10] Albers GW, et al. Thrombectomy for Stroke at 6 to 16 Hours with Selection by Perfusion Imaging. *N Engl J Med*. 2018 Feb 22. 378 (8):708-718.

42 minutes of return time to Tampa General Hospital comprehensive stroke center, or even closer, to the Lee Health comprehensive stroke center in Fort Myers, FL, Mrs. Godwin could have conservatively arrived at either hospital by 0247-0315 on December 16, 2018. This would have placed Mrs. Godwin within either comprehensive stroke center 2.75-3.25 hours after the onset of her symptoms, and well within the 4.5 hour window Dr. Harman agrees is standard of care for therapeutic IV t-PA usage. This timeframe is calculated from the following time segments from my analysis and that noted in Mr. Pierce's report:

    i. The initial medical response time to Mrs. Godwin's stateroom at 0013 on December 16, 2018.

    ii. 10-20 minutes to take a history, perform a focused physical exam, calculate the NIHSS, develop a differential diagnosis, and comprehend the emergent nature of Mrs. Godwin's condition.

    iii. 10-15 minutes to reach out to USCG resources and initiate the MEDEVAC process.

    iv. 30 minutes of departure delay from USCG Air Station Clearwater.

    v. 42 minutes of flight time to The Brilliance of the Seas.

    vi. 20 minutes of overhead or landing time to retrieve Mrs. Godwin.

    vii. 42 minutes return flight time to Tampa General Hospital, or less time, to the Lee Health Hospital system in Fort Myers.

c. Capt Richard Kenin, the defense maritime expert, stated in his expert report that a MEDEVAC mission must be both "operationally feasible" and "medically necessary" to proceed. CAPT Kenin summarily expressed his opposition to the proposed MEDEVAC mission, but provided NO substantive rationale(s) for his conclusory assertions. Clearly, the MEDEVAC mission was operationally feasible as CAPT Kenin, "calculate[d] that almost 6 hours would have transpired in any attempt to medically evacuate Mrs. Godwin and deliver her to a comprehensive stroke treatment facility." Certainly, CAPT Kenin could not, and would not have opined on a timeframe for the MEDEVAC mission if it was never going to be operationally feasible. Furthermore, Capt Kenin provides no specific documentation or breakdown of timeframes, like Mr. Pierce above, to account for his blanket 6 hour calculation to MEDEVAC mission completion. Without specific substantive support or scientifically valid reasoning for his calculations, CAPT Kenin's assertions, in short, run afoul of the Federal Daubert criteria for expert witness testimony admission.

d. CAPT Kenin, who does not identify himself as a physician or a medical expert, additionally notes in his report, that the MEDEVAC mission was not medically necessary because, "Coast Guard policy states that if a patient has progressed more than three hours since the onset of stroke symptoms, medical evacuation is not recommended due to the inherent risks and unlikely positive outcomes of medical treatment." Since CAPT Kenin does not identify the specific Coast Guard "policy" or the specific year from which he is citing the "policy," it must be logically construed that this "policy" was written well before modern stroke care with IV t-PA and

8

endovascular treatments. Furthermore, and as similarly noted above in my analysis of Dr. Harman's comments (see 2.a. above), CAPT Kenin's non-medical opinions are predicated on the assumption that Mrs. Godwin was actually having an acute ischemic stroke, and not one of the other emergent stroke mimickers (i.e. acute hemorrhagic stroke). Had CAPT Kenin refused to perform this proposed MEDEVAC mission, he too would have been taking the unreasonable risk that Mrs. Godwin did not have a more imminently lethal variant of her actual illness or another similarly appearing illness (i.e. acute hemorrhagic stroke) that also mandated an immediate higher level of medical care.

3. *Conclusions:*

   a. This case brilliantly highlights the issues that ensue when physicians unprepared and untrained in emergent medical care, are unreasonably placed in a clinical situation to address foreseeable acute neurologic emergencies at sea on a cruise ship vessel. Mrs. Godwin, unfortunately suffered permanent weakness, disability, and an inability to walk unassisted due to Drs. Radetic and Blignaut failing to appreciate the emergent nature of her complaints, and emergently utilize the available consultants and MEDEVAC resources proximately available to them aboard The Brilliance of the Seas.

   b. Furthermore, Dr. Harman and CAPT Kenin, the defense expert flight surgeon and maritime experts, were neither substantively specific nor remotely convincing as to why Mrs. Godwin, a 57 year-old highly functioning woman, should NOT have been emergently airlifted off the Brilliance of the Seas for definitive neurological evaluation and stroke care.

   c. This expert is of the opinion that Mrs. Godwin would have had an excellent opportunity for complete neurological recovery had she emergently been airlifted off The Brilliance of the Seas at the first indication she was having a medical emergency that exceeded the capabilities of the onboard medical crew and resources. Given the (1) lack of necessary shipboard diagnostic resources, (2) appropriately trained personnel, (3) the timing of Mrs's Godwin's stroke symptoms onset, and (4) the location of The Brilliance of the Seas just off the coast of Fort Myers, FL at 2400 on December 15, 2018, USCG and proximate stroke center consultants should have been immediately accessed to navigate ongoing clinical care.

   d. According to the Florida-Caribbean Cruise Association (FCCA), the average age of the cruise ship passenger is 50 years old.[11] Royal Caribbean should have been well aware by the demographics of their clientele and numerous past experiences aboard their ships, that serious medical and

---

[11] https://www.f-cca.com/downloads/2011-overview-book_Cruise%20Industry%20Overview%20and%20Statistics.pdf. Last viewed April 1, 2021.

traumatic conditions do occur in port and at sea.[12,13,14] Having appropriately trained and experienced physicians aboard their ships was, and is, an absolute mandate. Drs. Radetic and Blignaut are neither neurologists nor formally trained in any acute care specialty. As such, both physicians were foreseeably and woefully unprepared to address Mrs. Godwin's commonly encountered clinical scenario on land and at sea. Both physicians neglected to timely evaluate and consider the full range of emergent clinical conditions that were consistent with Mrs. Godwin's presentation. Drs. Radetic and Blignaut further neglected the need to timely arrange emergent MEDEVAC transfer for neurologic consultation and diagnostic testing unavailable aboard The Brilliance of the Seas. Instead, they elected to allow Mrs. Godwin's very treatable condition to devolve into the disabling condition she is left with today. Both this expert and the defense expert, Dr. Harman, agree that Mrs. Godwin's condition was treatable with nearby medical resources in Tampa, FL and Fort Myers, FL. Mr. Pierce further laid out very precisely in his report the feasibility of timely transport to nearby comprehensive stroke centers. Unfortunately, Drs. Radetic and Blignaut relied on their inexperience and poor decision making skills to care for Mrs. Godwin. Predictably, Mrs. Godwin was injured and left with permanent weakness, disability, and an inability to walk unassisted.

Very truly yours,

Kenneth Alan Totz, DO, JD, FACEP

---

[12] https://www.avvo.com/legal-answers/my-mother-had-a-stroke-during-the-first-week-of--a-1962423.html. Last viewed April 2, 2021.
[13] https://www.wtkr.com/2012/10/25/woman-on-royal-caribbean-ship-in-norfolk-transported-for-stroke-like-symptoms/. Last viewed April 2, 2021.
[14] https://www.miamiherald.com/news/business/tourism-cruises/article227305689.html. Last viewed April 2, 2021.

March 29, 2021

# Curriculum Vitae

Dr. Kenneth Alan Totz, DO, JD, FACEP
Houston, TX
Mobile: (713)-446-1202
Email: kenmarsam@comcast.net

**BACKGROUND:**
**Birthplace**: Houston, TX 11-22-68.
**Undergraduate College**: St. Edward's University 3001 S. Congress Ave. Austin, TX 78704 (512)-448-8458 - BA Biology 8/87-12/91.
**Medical School**: Midwestern University (Chicago College of Osteopathic Medicine) 515 31st St. Downers Grove, ILL 60515 (630)-515-7600 D.O. 8/93-6/97.
**Transitional Internship**: Portsmouth Naval Hospital 620 John Paul Jones Circle Portsmouth, VA 23708 7/97-6/98.
**Flight Surgery Training**: Naval Operations Medical Institute (NOMI) Pensacola, Fla. (850)-452-2457- 8/98-2/99.
**Active Duty Navy**: 6/97-6/02
**U.S. Navy Reserve**: 6/93-6/97 & 6/02-6/05
**Resident in Emergency Medicine**: University of Texas at Houston, 6431 Fannin, 4th Floor JJL, Houston, TX  77030 7/02-6/05. (713)-500-7863
**Chief Resident in Emergency Medicine**: University of Texas at Houston, 7/04-6/05
**Law School**: Concord Law School at Purdue University Global: 4/14- 6/18
**Admitted to California Bar**: 5/2019
**Mediator**: Texas State Office of Administrative Hearings (SOAH), American Health Lawyers Association (AHLA)
**Emergency Medicine Expert Reviewer**: The Texas Medical Board, The Arizona Board of Osteopathic Examiners in Medicine and Surgery
**Deputy Medical Director**: Career Step, LLC online medical education

**CERTIFICATIONS:**
       **PALS**: Exp.- 3/2021
       **ACLS**: Exp.- 2/2023
       **ATLS & ATLS Instructor**: (12/05/1999-12/05/2023)
       **Board Certification: American Board of Emergency Medicine (ABEM)**: (06/14/2006-12/31/2026)
       **California Bar Examination**: Passed 2/2019
       **Basic Mediation Certificate**: 7/2019
       **Arbitration Certificate**: 11/2019

**LICENSES & IDENTIFIERS**:
       **Current TX license**: L1222 Exp.- 2/28/2022

**Current CO license**: 0058656 Exp.- 4/30/2021
**Current AZ license**: 008075 Exp.- 12/31/2021
**Fellow of The American College of Emergency Physicians (FACEP)**:
10/29/2008- Present
**Member State Bar of California**- 2019-Present

## FLIGHT SURGERY WORK EXPERIENCE:

**Active duty Flight Surgeon Navy at Naval Air Station, New Orleans**: 400 Russell Avenue Building 41 New Orleans, LA 70143 (504)-678-3660: Flight Surgery/General Practice clinic (2/99-6/02).

## EMERGENCY MEDICINE WORK EXPERIENCE:

**Mainland Medical Center**: 6801 Emmett F. Lowry Expressway Texas City, TX 77591 (409)938-5000: (4/05-12/08)

**West Houston Medical Center**: 12141 Richmond Avenue Houston, TX 77082 (281)588-8110: (9/05-12/08)

**Memorial Hermann Southwest Hospital**: 7600 Beechnut Street Houston, TX 77074 (713)- 456-5000: (8/07-3/12)

**Memorial Hermann Hospital TMC**: 6411 Fannin Street Houston, TX 77030 (713)704-4000: (1/06-3/2012)

**Houston Methodist Sugar Land Hospital**: 16655 Southwest Freeway Sugar Land, TX 77479 (281)- 274-7000: (10/06-5/2014)

**Houston Methodist Hospital**: 6565 Fannin Street Houston, TX 77030 (713)441-2160: (10/06-5/2014)

**Lyndon Baines Johnson Hospital**: 5656 Kelley Street Houston, TX 77026-1967 (713)-566-5000: (1/06-10/15)

**First Choice Emergency Room (Medical Director)**: 9530 Jones Rd. Houston, TX 77065 (832) 756-2040: (1/2015-6/1/2020 (facility closed))

**First Texas Hospital**: 9922 Louetta Rd, Houston, TX 77070: (346) 206-2300: (9/16-8/2020 (facility closed))

**Memorial Regional Health**: 750 Hospital Loop, Craig, CO 81625: (970)826-3105: (12/17- present)

**Arizona General Hospital**: 9130 E. Elliot Rd., Mesa, AZ 85212: (480) 410-4500 (4/2019 – present)

**Big Bend Regional Medical Center**: 2600 N HWY 118 Alpine, TX United States 79830-2002: 432-837-3447 (12/19-present)

**Baylor St. Luke's Emergency Center**: 11713 Shadow Creek Pkwy Pearland, TX 77584: 713-793-4600 (10/2020-present)

## TELEMEDICINE WORK EXPERIENCE:

**City of Houston**: ETHAN Telemedicine project- Evaluate and disposition patients to care. (09/2014-present)

**Doctor on Demand**: Telemedicine. Evaluate and make final patient dispositions. (07/2018-present)

## MEDICAL/LEGAL PUBLICATIONS & PRESENTATIONS:

2

1. The Epic, Journal of the Government Services Chapter of ACEP. "Pain, paresthesias, paralysis, pallor, pulselessness, plaintiff (How you can avoid the last sign of compartment syndrome)." 2001

2. *Annals of Emergency Medicine*. Images in Emergency Medicine (Scrotal hematoma). April 2004. Vol.43, Issue 4, Page 533.

3. *Annals of Emergency Medicine*. Images in Emergency Medicine (Diaphragmatic rupture). December 2004. Vol. 44, Issue 6, Page 664.

4. Do I Need Parental Consent To Treat? March 8, 2016 Lecture to First Choice ER Medical Director's meeting.

5. Malpractice Insurance & Contract Clauses. May 10, 2016 Lecture to First Choice ER Medical Director's meeting.

6. EMTALA Update. September 13, 2016 Lecture to First Choice ER Medical Director's meeting.

7. Advance Directives Lecture. November 15, 2016 Lecture to First Choice ER Medical Director's meeting.

8. Medical Negligence and Tort Reform Lecture. March 7, 2017 Lecture to First Choice ER Medical Director's meeting.

9. TMB Troubles Lecture. May 9, 2017 Lecture to First Choice ER Medical Director's meeting.

10. Health Care Fraud Lecture. July 11, 2017 Lecture to First Choice ER Medical Director's meeting.

11. *EMphasis on Emergency Medicine in Texas*. "Suspected child abuse reporting in Texas." November 2018.

12. *ACEP Now*. "Peer-Review Paranoia." November 2018, Vol. 37, No. 11.

13. *EMphasis on Emergency Medicine in Texas*. "Involuntary Psychiatric Admission in Texas…YOU CAN'T DO THAT!" February 2019.

14. *ACEP Now*. "The Updated National Practitioner Data Bank Reporting Requirements." February 2019, Vol. 38, No. 02.

15. *EMphasis on Emergency Medicine in Texas*. "The Texas Medical Board & You" April 2019.

16. *EMphasis on Emergency Medicine in Texas*. "TMB Pain Management Rules" June 2019.

17. *ACEP Now*. "United States Constitution Versus FDA, Off-Label Discussions May No Longer Be Faux Pas." June 2019, Vol. 38, No. 6.

18. *Risk Management Monthly* (podcast). Guest Expert Speaker. Volume 13, Number 7, July 2019.

19. *EMphasis on Emergency Medicine in Texas*. "Texas Medical Board Complaints" August 2019.

20. *EMphasis on Emergency Medicine in Texas*. "Are You Training Your Replacement?" October 2019.

21. *EMphasis on Emergency Medicine in Texas*. "The Refill Trap" December 2019.

22. *EMphasis on Emergency Medicine in Texas*. "To Report or Not to Report – When Peers Should Report to the Texas Medical Board" February 2020.

23. *EMphasis on Emergency Medicine in Texas*. "Quinolone Quagmire." April 2020.

24. *Family and Medical Leave Act (FMLA) Then & Now*. Published to LinkedIn June 3, 2020.

25. *EMphasis on Emergency Medicine in Texas.* Is It Time To Fight Back on Defamatory Online Reviews? (Published June 2020).
26. *EMphasis on Emergency Medicine in Texas.* Family and Medical Leave Act (FMLA) Then and Now. (Published August 2020).
27. *Risk Management Monthly* (podcast). Guest Expert Speaker. Volume 14, Number 8, July 2020.
28. *EMphasis on Emergency Medicine in Texas.* I'm Capped! Should Staffing Ratios Apply To Docs As Well? (Published October 2020).
29. *EMphasis on Emergency Medicine in Texas.* Are Your Peer review Committee Proceedings Subject to Discovery? (Published December 2020).

## HOSPITAL ADMINISTRATIVE EXPERIENCE:
1. Chief Resident in Emergency Medicine. University of Texas at Houston, 7/04-6/05
2. Medical Director First Choice Emergency Room Jones Rd. location (1/2015 – 6/1/2020 (facility closed))
3. Chairman, First Texas Hospital Cy Fair Grievance Committee (9/2016 – 8/2020 (facility closed))
4. Chairman, First Texas Hospital Cy Fair Peer Review Committee (9/2016 – 8/2020 (facility closed))
5. Baylor St. Luke's Houston, TX Peer Review Committee (10/2020- Present)

## PROFESSIONAL ORGANIZATION MEMBERSHIPS:
1. American College of Emergency Physicians
2. Texas College of Emergency Physicians
3. American Health Lawyers Association
4. American Bar Association
5. American Society for Healthcare Risk Management
6. Texas Association of Mediators

## ACADEMIC AWARDS:
1. Rookie of the Year for Excellence in Academics, Clinical Performance and Leadership. 2002-2003 UT Houston Emergency Medicine Residency
2. Academic Excellence Award. 2004-2005 UT Houston Department of Emergency Medicine
3. Emergency Physician of the Year 2008: Methodist Sugar Land Hospital
4. Emergency Physician of the Year 2009: The Methodist Hospital- Houston, TX
5. Physician of the year 2011: Memorial Hermann Southwest Hospital: Houston, TX
6. Distinguished scholar March 2015 Concord Law School at Purdue University Global
7. Dean's List June 2018 Concord Law School at Purdue University Global
8. Concord Law School at Purdue University Global graduate with honors

## DEPOSITION AND TRIAL TESTIMONIES:

1. *State v. Mingo* June 21, 2011: Prosecution witness Re: Child endangerment/death. (2011) (Trial testimony)
2. *Brenda Jackson v. Carnival Cruise Lines*: Plaintiff expert witness. Negligent failure to identify MI. (Deposition 2/19/2019). (Case settled for Plaintiff). (2018). Case # 1:17-cv-24089-RNS. United States District Court Southern District of Florida.
3. *Jennifer Broadnax vs. Gilberto Tejeda, Marjorie Diaz and Socorro Vega*. (Defense expert). (Deposition October 29, 2020). Case # CC-17-06100-A. The District Court of Dallas County, TX At Law NO. 1.
4. *Israel Yanez, Liliana Gomez, Individually and A/N/F of E.Y. (minor), and Perla Gomez, Individually and A/N/F of T. G. (Minor) v. State Farm Mutual Automobile Insurance Company*. (Defense expert). (Deposition (4 plaintiffs) February 05, 2021). Case # 2020-20015. The District Court of Harris County, TX 152nd Judicial District.
5. *Caitlyn Axelrod v. Bri Anna Kulik and Sean Tiffee*. (Defense expert). (Deposition (1 plaintiff) February 26, 2021). Case # 202032167. The District Court of Harris County, TX 190th Judicial District.

## EXPERT WITNESS TESTIMONIES:

1. *State v. Mingo* June 21, 2011: Prosecution witness Re: Child endangerment/death. (2011)
2. *Lucia Delcarmen Umanzor v. Ellis*, s/p automobile accident: Defendant expert witness 10/2018 for medical billing appropriateness. (2018)
3. *Luis Herrera v. Ellis*, s/p automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2018)
4. *Brenda Jackson v. Carnival Cruise Lines*: Plaintiff expert witness. Negligent failure to identify MI. Deposition 2/19/2019. (Case settled for Plaintiff). (2018)
5. *Hilley v. Sutton*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
6. *Aguilar v. Law*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
7. *Peters v. Ceballos*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
8. *Harkins v. Clark*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
9. *Schrull v. Tierra*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
10. *Rodriguez v. Lozano*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
11. *Allyson Sanchez v. Nabiha Ishaque, et al.*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
12. *Efraim Hinojosa and Jose Ignacio Rojas v. Eric James Helinski*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care. (2019)
13. *David Maradiaga v. Texas Pride Septic, Inc., et al*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)

5

14. *Francisco Covarrubias v. Alexis D. Davila*, S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
15. *Crystal Laramore v. Brenda Butler.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
16. *Erick Flores v. DGD Transport, LLC, et al.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
17. *Janell Hudson, et al v. Eddie Richardson.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
18. *Rushing v. Ronning.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
19. *Rojas v. Nelson.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
20. *John David Mott v. Modesto Chagollan Hermosillo.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
21. *Maria Hernandez v. Shannon Sankey and Harry Christopher Link.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
22. *Edwin Orellana v. Arturo Rivera and Eva Rivera.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
23. *Elsa Ojeda v. Michael Wertz.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
24. *Jesse Clark v. Clifton Capris Jackson, et al.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
25. *Krolczyk et al vs. Solis.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
26. *Martin Rodriguez vs. Jose Arzola.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
27. *Edwin Alvarez v. Gustavo Sanchez.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
28. *DeRandall Hynes et al. v. Allstate Fire and Casualty Insurance Company.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
29. *Glenda White et al. v. Allstate Fire and Casualty Insurance Company.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
30. *Abdalah J. Jarra v. Robert Mason and Eugene F. Blair.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
31. *Alberta Frierson-King vs. Brittany Williamson, Misty Daugherty, and Irasema Menchaca.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
32. *Joel Kelly vs. Walter Ulrich.* S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)

33. *Ashley Tejada v. Rogelio Valdemar Gonzalez Cavazos*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
34. *Esther Carrera v. Thao Bui*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
35. *Ruby Rodriguez v. Gwendolyn Hearn*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care. (2019)
36. *Leanne Bosson v. Ashley Adams, et al*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
37. *Chijioke Kelechi Odunze v. Titilola Shitta-Bey consolidated with Valeria Bonner and Anthony Bonner v. Titilola Shitta-Bey*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
38. *Radha Dixit v Hyacinth White*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)
39. *Lucero Gonzalez v. Cloe Tribe*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of medical billing. (2019)
40. *Alfredo Borroto Rodriguez vs. Mariela Georgieva*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
41. *Jaime Soledad v. Prado*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
42. *Silvia Soledad v. Prado*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
43. *Jackson v Carrier*. S/p Automobile accident: Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
44. *Charles Solomon v. Curtis Patrick May, et al*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
45. *Jennifer Broadnax vs. Gilberto Tejeda, Marjorie Diaz and Socorro Vega*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
46. *Suzette Barraza v. Rene Lopez Murrillo*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
47. *Louis Cevilla III v. Willebaldo Gonzalez*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
48. *Correa v. Vickers*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
49. *Brandi Smith v. Ali Kidwai and Afshan Kidwai*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)
50. *Johnson v. Collins*. Defendant expert witness to evaluate reasonableness of ED medical billing. (2019)
51. *Elia Ortega and Sergio Leija v. Bruce E. Kahler*. Defendant expert witness to evaluate reasonableness of ED medical billing. (2019)
52. *Melvin Earl Marshall v. Allstate Fire and Casualty Insurance Company*. Defendant expert witness to evaluate reasonableness of ED medical billing. (2019)

7

53. *Treena Stewart and Jonchea Smith vs. Eloisa Trevino and Samuel Garfia* (Plaintiff #1, Treena Stewart). Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

54. *Treena Stewart and Jonchea Smith vs. Eloisa Trevino and Samuel Garfia* (Plaintiff #2, Jonchea Smith). Defendant expert witness to evaluate. (2019) reasonableness of ED care, medical billing, and medical necessity. (2019)

55. *Cadeja Dembo and Elias Brown, Jr. vs. Irineo Herrera*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

56. *Mandujano, et al. vs. Moreno*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

57. *Trinh Trieu vs. Allstate Fire and Casualty Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

58. *Clarencio Ramirez and Maria Arrez v. Pablo Martinez*. (Plaintiff #1, Clarencio Ramirez). Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

59. *Clarencio Ramirez and Maria Arrez v. Pablo Martinez*. (Plaintiff #2, Maria Arrez) Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

60. *Anthony Patton v. Allstate Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

61. *Judith Gonzalez vs. Martin Politte*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

62. *Lydia Cardenas v. Rene Lemus Govea*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

63. *Steven Toler vs. Hollye Selway*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

64. *Wynitra L. Perry and Da Vonte M. McCardle v. Luis Guzman*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical necessity. (2019)

65. *Stryker v. Middleton*. Plaintiff's expert witness in medical negligence personal injury action (August 2019).

66. *Miryam Torres v. Ana Sauceda (Plaintiff #1, Ana Sauceda)*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

67. Miryam Torres v. Ana Sauceda *(Plaintiff #2, Kalany Aguirre)*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

68. *Sharita Boudreaux, individually and of minor children Alorha Terry and Azana Terry v. Michael Monoe Matthews, Beverly D. Jenkins & Partick E. Herbert (Plaintiff #1, Sharita Boudreaux)*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

69. *Sharita Boudreaux, individually and of minor children Alorha Terry and Azana Terry v. Michael Monoe Matthews, Beverly D. Jenkins & Partick E. Herbert (Plaintiff #2, Alorha Terry)*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

8

70. *Sharita Boudreaux, individually and of minor children Alorha Terry and Azana Terry v. Michael Monoe Matthews, Beverly D. Jenkins & Partick E. Herbert (Plaintiff #3, Azana Terry)*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

71. *Otis Logan Jr. v. Sharon Rudin Walker*. Defendant expert witness to evaluate reasonableness of ED care, medical billing, and medical. (2019)

72. *Joshua Benavidez vs. Uber Technologies, Inc. and Robert Alexander Chavarria*. Defendant expert witness to evaluate reasonableness of medical billing. (2019)

73. *Jeffrey McGlothen v. Noble Energy*. Defendant expert witness to evaluate reasonableness of medical billing. (2019)

74. *Steven Toler vs. Hollye Selway*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)

75. *Ottamee Julian Lightfoot v. Jon Tom Day*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)

76. *DeRandall Hynes et al. v. Allstate Fire and Casualty Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)

77. *Maria Rodriguez vs. John E. Hernandez*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)

78. *Barbara Dupree vs. Peggy Williams, Larry Williams and State Farm Mutual Automobile Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2019)

79. *Regina D. Adams v. Allstate Fire and Casualty Insurance Company and Allstate Indemnity Company*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

80. *Michael Saburov v. Allstate Property and Casualty Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

81. *Inaam Aburas vs. Arturo Guillen*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

82. *Colston, et al. vs Stoker and Allstate*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

83. *Angela Cavazos vs. Allstate County Mutual Insurance Company*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

84. *Ludy Garcia Gonzalez vs. Herminio Sanchez Vasquez and Talbatha Pope*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

85. *Radha Dixit v Hyacinth White*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

86. *Leroy E. Allen v. Milton Charles Moore*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

87. *Karen Quinonez vs. Lauren Cotton and Gregory A. Cotton*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

88. *Henry Atiel Velazquez v. Judy Gale Stice*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

89. *Brenda Arellano vs. Lindsay Nicole Green*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

9

90. *Lakeisha Spears v. Tayvian Charles and Doretha Butler*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

91. *Josue Alexander Lopez vs. Allstate Insurance, et al.* Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

92. *Grace Johnson v. Nellie Hardy*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

93. *George Cavazos v. Skyland Gas, Inc. d/b/a Texaco*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

94. *Sandra Prieto, Individually and as next friend of Melania Bautista and Mateo Bautista, Minors, vs. Alfredo Lozano, Jr* (Sandra Prieto). Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

95. *Sandra Prieto, Individually and as next friend of Melania Bautista and Mateo Bautista, Minors, vs. Alfredo Lozano, Jr* (Melania Bautista). Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

96. *Sandra Prieto, Individually and as next friend of Melania Bautista and Mateo Bautista, Minors, vs. Alfredo Lozano, Jr* (Mateo Bautista). Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

97. *Adriana Rodriguez-Avila v. Earl Joseph Pete*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

98. *Niesha Guy v. Nathanael Peetz and JennCom Security, LLC*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

99. *Loyd Smith v. Amee Amin a/k/a Amee Kunal*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

100. *Devany Prieto v. Pedro Cruz*. Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

101. Vanessa Chapa and Juanita Mardani Individually and ANF of JXXXXXXX vxxxxxx vs. Cesar Martinez (Vanessa Chapa). Defendant expert witness to evaluate reasonableness of ED care and medical billing. (2020)

102. Vanessa Chapa and Juanita Mardani Individually and ANF of JXXXXXXX vxxxxxx vs. Cesar Martinez (Johnathan Vazquez). Defendant expert witness to evaluate reasonableness of medical billing. (2020)

103. *Veronica Stephenson v. Southwestern Bell Telephone d/b/a AT&T Texas, Gelco Fleet Trust and David Williams*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

104. *Rebecca Martinez v. Jennifer Contreras*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

105. *Luis Rivera-Mendez vs. Mckeekin*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

106. *Raven S. Wiley vs. Ryan Croft Murray*. Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

107. *Melissa Joy Mulka, As Next Friend of Patrick Mulka, a Minor v. Billy Wayne Tate and Kristin Ann Tate*. Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

108. *Christopher Gomez and Timothy B. Pierdolla v. Allstate Fire and Casualty Insurance Company (Christopher Gomez)*. Defendant expert witness to evaluate

medical necessity of ED care and reasonableness of medical billing charges. (2020)

109. *Christopher Gomez and Timothy B. Pierdolla v. Allstate Fire and Casualty Insurance Company (Timothy B. Pierdolla).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

110. *Katelyn Phillips v. Katrina C. Smith.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

111. *Randolyn Hendeson v. Silvino Sanchez-Loera, Maria Elena Hernandez-Herrera and Norma Guzman.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

112. *Steven Toler vs. Hollye Selway.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

113. *Mary Braxton, Annesha White Individually and A/N/F of A.J. & as representative of the estate of Shalonda Palmer v. Mario Menjivar (Mary Braxton).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

114. *Mary Braxton, Annesha White Individually and A/N/F of A.J. & as representative of the estate of Shalonda Palmer v. Mario Menjivar (Avery Johnson).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

115. *Mary Braxton, Annesha White Individually and A/N/F of A.J. & as representative of the estate of Shalonda Palmer v. Mario Menjivar (Shalonda Palmer).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

116. *Sammy Michael De la Cruz v. Gabriel Eduardo Tellez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

117. *Waynette Norris and Elizabeth Herrera v. Peter Sanchez Ramirez.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

118. *Ernesto Delgado v. Michael Johnson and Efrain Bernal-Eurfacio.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

119. *John Horton v. Telesforo Merlan.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

120. *Inaam Aburas vs. Arturo Guillen.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

121. Rossana Martheins and Eleazar Martheins vs. Cassandra Malvo. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

122. *Gerald Wren v. Kristopher Eugene West.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

123. *Jessica Torres Aguilar and Luz Elena Erde Galvan v. George D. Monroe and Botom Line Equipment, LLC.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

124. *Dominique Taylor vs. Darliska Mayon.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020)

125. *Pedro Martinez and Jonathan Valadez v. Richard Blaine McMichael.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

126. *Felix Calihua vs. Monica E. Salazar.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

127. *Maria Estrada and Elvira Alarcon v. Shawn Paul McCoy and S & M Transport.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Elvira Alarcon). (2020)

128. *Maria Estrada and Elvira Alarcon v. Shawn Paul McCoy and S & M Transport.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Maria Estrada). (2020)

129. *Crystal Laramore v. Brenda Butler.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

130. *Lavette Mitchell vs. Christian Jorsch.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

131. *Shara Hightower v Jose A Salinas, Angelica Salinas, Isela Salinas and Pablo Davis.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

132. *Efrain Osorto vs. Gumaro Guzman.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

133. *Irene Moralez vs. Allstate Fire and Casualty Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

134. *Yolanda Holmes vs James Erck.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

135. *Felipe Hernandez vs. Felicito Martinez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

136. *Caroline Rudisill vs. Destiny Kimbro and Jeremy Arntsen.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

137. *Hilda Karina Mendoza vs. Jacob Thomas Smith and Sarah Smith.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

138. *Theodora Barker v. Robert Kablan Coffi.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

139. *Betty Porchia vs. James O. Huntsman.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

140. *Jacob Dean Hay vs. Jamaine Corneluis Munrose and Christine St. Brice Munrose.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

141. *Jazmine Guevara v. Laura Rodriguez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

142. *LaFrankieton Langford vs. Ethan T. Wiseniske.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

143. *Thomas Lee Roberts and Valerie Roberts v. Boanerge Ramos and Dalton Smith.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Valerie Roberts supplemental claim). (2020)

144. *Thomas Lee Roberts and Valerie Roberts v. Boanerge Ramos and Dalton Smith* (Thomas Lee Roberts supplemental claim). Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Thomas Lee Roberts). (2020)

145. *Charles Spurny Individually, and as Next Friend of C.C. vs. Roy Emmett Watson.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Charles Spurny). (2020)

146. *Charles Spurny Individually, and as Next Friend of C.C. vs. Roy Emmett Watson.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges (Cassity Cleveland). (2020)

147. *Maria Estrada and Elvira Alarcon v. Shawn Paul McCoy and S & M Transport.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

148. *Osama Alfatha v. Nila Ann Adams.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

149. *Silvano Torres Luna v. Ralph Lynn Foster.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

150. *Lisa Lopez vs. Allstate Fire and Casualty Insurance Company and Tracey Glenn.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

151. *Ronald Barrett v. Anthony Culbreth and City of Seabrook, Texas.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020)

152. *Shirley Whitehouse vs. Carl Perrigue, Jr.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

153. *Tope Ojekunle v Shantanelle Lindon.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

154. *Sharita Boudreaux, individually and of minor children Alorha Terry and Azana Terry v. Michael Monoe Matthews, Beverly D. Jenkins & Partick E. Herbert* (Sharita Boudreau supplemental claim). Defendant expert witness to evaluate

13

medical necessity of ED care and reasonableness of medical billing charges. (2020).

155. *Mark Bradford vs. Louise Strauch.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

156. *Alex Ibarra v. Carlos Aguayo.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

157. *Kenneth Wortham and Ashlee Sampson v. Rocio Hurtado (Ashlee Sampson).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

158. *Kenneth Wortham and Ashlee Sampson v. Rocio Hurtado (Kenneth Wortham).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

159. Quaneisha Morgan, Individually And As Next Friend Of J.M.B., As Next Friend of K.W., And Next Friend of J.T.B., Minors v. Curtis Sheldon (Quaneisha Morgan). Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

160. Quaneisha Morgan, Individually And As Next Friend Of J.M.B., As Next Friend of K.W., And Next Friend of J.T.B., Minors v. Curtis Sheldon (Kei Warren). Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

161. Quaneisha Morgan, Individually And As Next Friend Of J.M.B., As Next Friend of K.W., And Next Friend of J.T.B., Minors v. Curtis Sheldon (Jay'lynn Beaudoin). Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

162. Quaneisha Morgan, Individually And As Next Friend Of J.M.B., As Next Friend of K.W., And Next Friend of J.T.B., Minors v. Curtis Sheldon (Jakylin Beaudoin). Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

163. *Arthur Sadin vs. Alexander Ayala and Juanita Ayala.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

164. *Thien Le vs. Brian Douglas Dunn and Gordon Douglas Dunn.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

165. *Rodtralle Charlon Odems and Marquetta Acosta v. Rhonda Faye Coleman and Encompass Indemnity Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

166. *Tanya May Colbert v. Chantal Duval.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

167. *Laangela Pointer and Kenneth Cornish v. Marcelo Granda (Laangela Pointer).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

168. *Laangela Pointer and Kenneth Cornish v. Marcelo Granda (Kenneth Cornish).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

14

169. *David Castrejon v. CBSL Transportation Services Inc. et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

170. *Latoya James-Olige v. Juan Javier Villafuerte and Jose Campos.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

171. *Eve Arebalo v. Faviola Solis and Jose Solis.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

172. *Salih Mohamed v. Paul D. Davis.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

173. *Zaida Martinez, Individually and as Next Friend of D.M., Minor v. Medaline Byars.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

174. *Corey Foster v. Habibollah Shabani.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

175. *Michelle M. Jefferson v. Michelle Howard-Springer, Max Zelaya and Secure Haul Incorporated.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

176. *Margie Kay v. Thomas Louis Maymi.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

177. *Javon Brown v. Harold K. Kocurek and MP Technologies LLC.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

178. *McBride v. Keleaghn & Coplin.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

179. *Carroll McBride v. Brandi Smith.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

180. *Israel Yanez, Liliana Gomez, Individually and A/N/F of E.Y. (minor), and Perla Gomez, Individually and A/N/F of T. G. (Minor) v. State Farm Mutual Automobile Insurance Company (Israel Yanez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

181. *Israel Yanez, Liliana Gomez, Individually and A/N/F of E.Y. (minor), and Perla Gomez, Individually and A/N/F of T. G. (Minor) v. State Farm Mutual Automobile Insurance Company (Liliana Gomez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

182. *Israel Yanez, Liliana Gomez, Individually and A/N/F of E.Y. (minor), and Perla Gomez, Individually and A/N/F of T. G. (Minor) v. State Farm Mutual Automobile Insurance Company (E.Y. (minor)).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

183. *Israel Yanez, Liliana Gomez, Individually and A/N/F of E.Y. (minor), and Perla Gomez, Individually and A/N/F of T. G. (Minor) v. State Farm Mutual Automobile Insurance Company (T.G. (minor)).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

15

184. *Brooks Burston v. Mikayla Willeford and Duston Willeford*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

185. *Rooshonda Whitfield v. Johns Sam*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

186. *Akhere Idemudia Okoiron v. Kenneth Alan Boyce*. Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

187. *Nathalie Manzano and Thiago Palacios v. Patricia Paz (Nathalie Manzano)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

188. *Nathalie Manzano and Thiago Palacios v. Patricia Paz (Thiago Palacios)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

189. *Kathryn Thomas v. Marcus Carlo Tolbert*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

190. *Teressa Yvonne Carrada, Individually and as Next Friend of L.L.G. (MINOR) vs. Willie E. Haggerty*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

191. *Anjanette Curtis v. Evonda Nguyen, Tuan Nguyen & Uyen T. Pham*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

192. Gilberto Bolivar Jr. Indivdually and As Next Friend For S.B. v. Amber Norris and Park Place Motorcars LTD and State Farm Mutual Automobile Insurance Company. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

193. *Billy Joe Batten v. Quincy Alexandra* Blount. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

194. *Nolasco Arias v. Juanita Rosalind Olveira and Alberto Olveira*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

195. *Fernando De Jesus Ascencion v. Alaine E. Elbaz and Martin Christopher Rhodes*. Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

196. *Tesla Villeda v. Marta Aguilar, Thomas Lee Owens, III, Alejandro Gonzalez Rosales, and Uber Technologies, Inc*. Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

197. *Cristina Hernandez v. Michael A. Broussard; Mario Alberto Briseno and Progressive County Mutual Insurance Company*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

198. *Eusebio De Los Santos v. Merissa Anet Ayala*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

16

199. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor)(Norma Torres)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

200. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor)( Monica Aguilar Moreno)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

201. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor)( Christopher Torres)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

202. *Anjanette Curtis v. Evonda Nguyen, Tuan Nguyen & Uyen T. Pham*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

203. *Teressa Yvonne Carrada, Individually and as Next Friend of L.L.G. (MINOR) vs. Willie E. Haggerty (Teressa Yvonne Carrada)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

204. *Teressa Yvonne Carrada, Individually and as Next Friend of L.L.G. (MINOR) vs. Willie E. Haggerty (Liliana Gonzalez)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

205. *JoAnn Gutierrez and Esteban Gutierrez vs. Kimberly Marvette Patton and Allstate Fire and Casualty Insurance Company (JoAnn Gutierrez)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

206. *JoAnn Gutierrez and Esteban Gutierrez vs. Kimberly Marvette Patton and Allstate Fire and Casualty Insurance Company (Manuela Gutierrez)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

207. *Gilberto Bolivar Jr. Indivdually and As Next Friend For S.B. v. Amber Norris and Park Place Motorcars LTD and State Farm Mutual Automobile Insurance Company*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

208. *Caitlyn Axelrod v. Bri Anna Kulik and Sean Tiffee*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

209. *Odelia Benitez Ponce Individually and A/N/F of I.V. (minor) v. Michael Sean Lairson and David Wayne Lairson (Odelia Benitez Ponce)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

210. *Odelia Benitez Ponce Individually and A/N/F of I.V. (minor) v. Michael Sean Lairson and David Wayne Lairson (Isabella Vargas)*. Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

211. *Mariana Velasquez Rodriguez and San Juana Flores v. Anthony Allen Hood.* Defendant expert witness to evaluate reasonableness of medical billing charges. (Mariana Velasquez Rodriguez) (2020).

212. *Mariana Velasquez Rodriguez and San Juana Flores v. Anthony Allen Hood.* Defendant expert witness to evaluate reasonableness of medical billing charges. (San Juana Flores) (2020).

213. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor) (Monica Aguilar Moreno).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

214. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor) (Norma Torres).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

215. *Monica Aguilar Moreno and Norma Torres, Individually and as Next Friend of C.I.T.(Minor) (Christopher Torres).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

216. *Cristina Hernandez v. Michael A. Broussard; Mario Alberto Briseno and Progressive County Mutual Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

217. *Eusebio De Los Santos v. Merissa Anet Ayala.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

218. *Margie Kay v. Thomas Louis Maymi.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

219. *Erika Spradling v. Martha Martinez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

220. *Anueda Vargas v. Hanna Business Park Section 2 et. Al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

221. *Hong v. Logan.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

222. *Llewelyn Cox Individually and as next friend of XXXXX, a minor and Theodosia Malonson as next friend of XXXXX, A minor v. Colby Alexander Clark.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

223. *Janie Emerson v. The City of Houston.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

224. *Maria Silva v. State Farm Mutual Automobile Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

225. *Maria Escobedo v. Emesheko Armstead.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

226. *Martha Gladis Moran Michaca v. City of Houston and Horace James Scott.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

227. *Monica Melek v. Alexandra Nicole Svadlenak.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

228. *Gricelda Marroquin v. Jerry Torres.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

229. *Robert J. Labell v. Chinh Nguyen.* Defendant expert witness to reasonableness of medical billing charges. (2020).

230. *Enrique Peralez vs. Dayalji Insurance Agency, Inc. D/B/A Allstate Insurance Company and Noe Ovalle.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

231. *Warren Smallwood v. Solomon Zachariah.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

232. *Robert J. Labell v. Chinh Nguyen.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

233. *Shara Hightower v Jose A Salinas, Angelica Salinas, Isela Salinas and Pablo Davis.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

234. *Krystal Lindquist v. Haiden Eddins.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

235. *Jorge Luis Cantu and Edgar Arturo Villegas v. Jason McCall.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

236. *Delena Adams and Preston Garner v. Segis Medina and State Farm Mutual Automobile Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

237. *Maria Aleman v. Andrea Waldrup.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

238. *Ashley Beard v. Larry Dale Leathers II.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

239. *Genrii Alvarez v. Lashaka Lowe.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

240. *Ruth Noemy Arias v. Jessica Hernandez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

241. *Dali Izquierdo Santacruz and Ausencia Sanchez Individually and A/N/F of N.S., and A/N/F M.S. v. Nicholas Isaiah Gallien and Lois Marie Gallien (Dali Izquierdo Santacruz).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

19

242. *Dali Izquierdo Santacruz and Ausencia Sanchez Individually and A/N/F of N.S., and A/N/F M.S. v. Nicholas Isaiah Gallien and Lois Marie Gallien (Santacruz and Ausencia Sanchez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

243. *Enedina Reese v. Sergio Lopez and Salvador Pineda.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

244. *Adeola Olaleye, et al v. Tomitope Ajila.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

245. *Delena Adams and Preston Garner v. Segis Medina and State Farm Mutual Automobile Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

246. *Autry Rena Matthews v. Autozone, Inc. and Blair Zane Benedict.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

247. *Cedric Bautista v. Faisal Awad.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

248. *Deris Carcamo, Individually and as Next Friend of E.C. and J.C. Minor Children, and Elmer Reyes v. State Farm Mutual Automobile Insurance Company (Deris Carcamo).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

249. *Deris Carcamo, Individually and as Next Friend of E.C. and J.C. Minor Children, and Elmer Reyes v. State Farm Mutual Automobile Insurance Company (Elmer Reyes).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

250. *Deris Carcamo, Individually and as Next Friend of E.C. and J.C. Minor Children, and Elmer Reyes v. State Farm Mutual Automobile Insurance Company (E.C. Minor).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

251. *Deris Carcamo, Individually and as Next Friend of E.C. and J.C. Minor Children, and Elmer Reyes v. State Farm Mutual Automobile Insurance Company (J.C. Minor).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

252. *Herlinda Lopez v. Adelita Lima and Barbara Torres and Michael McCluskey and Camila Perez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

253. *Lakeisha Mack v. Lesley Reyna.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

254. *Iqbal Zaidi and Lilian Udenenwu v. Faith Shaw et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

255. *Salvador Melara Vides et al. v. Nia Beshon Binion.* Defendant expert witness to evaluate reasonableness of medical billing charges (*Salvador Melara Vides*). (2020).

20

256. *Salvador Melara Vides et al. v. Nia Beshon Binion.* Defendant expert witness to evaluate reasonableness of medical billing charges (*Caleb Melara).* (2020).

257. *Salvador Melara Vides et al. v. Nia Beshon Binion.* Defendant expert witness to evaluate reasonableness of medical billing charges (*Giovanni Melara).* (2020).

258. *Jennifer Broadnax vs. Gilberto Tejeda, Marjorie Diaz and Socorro Vega.* Defendant Expert witness. Deposition (10/29/2020)

259. *Matthew Blott v. Marior Cartier Code and Katina Ronyell Valrie Benjamin.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

260. *Raquel Watson (Liberty Mutual).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

261. *Max Salinas v. Luis Galvan.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

262. *Sahil Batra v. City of Houston-Solid Waste Management Department.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

263. *Elisha T. Smith v. Lauren Matthews, et.al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

264. *Melva Diaz et al. v. Manilo Francisco Muniz.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

265. *Liza Veliz v. Gerardo Moreno, et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

266. *Erika Ann Peterson v. The Estate of Robert Jeffrey Sivon, Deceased.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

267. *Babacar Ndiaye v. Ronald Sidelin.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

268. *Tena Padgett v. Martin Stoker.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

269. *Carla Jackson and Dylan Jackson v. City of Houston and Matthew C. Childress.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

270. *Karen Hernandez v. Allstate Fire and Casualty Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

271. *Jimmie Jones v. City of Houston and Houston Police Department.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

272. *Jose A. Guevara Gutierrez v. Olivia Deshae Booker.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

273. *Maria Escobedo v. Emesheko Armstead.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

21

274. *Montell Clanton and Qyeyvan Porter v. State Farm Mutual Automobile Insurance Company (Montell Clanton).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

275. *Montell Clanton and Qyeyvan Porter v. State Farm Mutual Automobile Insurance Company (Qyeyvan Porter).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

276. *Ricardo Lopez v. Shannon Blair.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

277. *Sarah Guarino v. Celia Marie Zepeda and State Farm Mutual Automobile Insurance Company.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

278. *Ricardo Lopez v. Shannon Blair.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

279. *Jose A. Guevara Gutierrez v. Olivia Deshae Booker.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

280. *Joshua Thompson v. Dolores Russell.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

281. *Sonia Pacheco v. David Darryl Riley.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020

282. *Candida Solis v. William Minifee and Lonnett Bolden.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

283. *Gerald Wren v. Kristopher Eugene West.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

284. *Joshua Thompson v. Dolores Russell.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

285. *Joshua Young v. Gregory Garrett and Douglas Garrett.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

286. *Sonia Pacheco v. David Darryl Riley.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

287. *Thomas Garcia, Mariah Flores, and Jazmin Saenz, et al v. Catherine Sims and Larry Sims (Thomas Garcia).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

288. *Thomas Garcia, Mariah Flores, and Jazmin Saenz, et al v. Catherine Sims and Larry Sims (Jazmin Saenz).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

289. *Jeanette Heartshorn v. United Airlines, Inc. and City of Houston DBA George Bush Intercontinental Airport.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

290. *Kimberly Mendoza v. Jennifer McCraw.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

291. *Leonisio Aranda Hernandez and Maria Antonia Gomez Perez et al v. John/Jane Doe and Gilberto A. Villarreal (Leonisio Aranda Hernandez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

22

292. *Leonisio Aranda Hernandez and Maria Antonia Gomez Perez et al v. John/Jane Doe and Gilberto A. Villarreal (Maria Antonia Gomez Perez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

293. *Leonisio Aranda Hernandez and Maria Antonia Gomez Perez et al v. John/Jane Doe and Gilberto A. Villarreal (L.A.A.G. Minor).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

294. *David Byron Beckwith v. State Farm Mutual Automobile Insurance Company.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

295. *Robert Warren Marshall and Violet Irene Marshall v. Michael Scott Allen (Violet Irene Marshall).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

296. *Robert Warren Marshall and Violet Irene Marshall v. Michael Scott Allen (Robert Warren Marshall).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

297. *Leboria Moore and Willie Aneke v. The City of Houston (Leboria Moore).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

298. *Leboria Moore and Willie Aneke v. The City of Houston (Willie Aneke).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

299. *Daniel Gomez v. Anne Keller.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

300. *Yessenia Santos Individually and For M.S.A Minor v. Elias Fidel Mavares Gonzalez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

301. *Nalley De La Fuente and Norma Elia Cantu v. Jennifer Bueno (Nalley De La Fuente).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

302. *Nalley De La Fuente and Norma Elia Cantu v. Jennifer Bueno (Norma Elia Cantu).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

303. *Terina Pickering v. Sam Trans, Inc and Aziz Ismailov.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

304. *Rocio Mendoza Lopez et al. v. Amy Paige Fry.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

305. *Jessica Carranza v. Gregory Dement.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

306. *Keith C. Baldwin and Leah J. Batiste v. City of Houston (Keith C. Baldwin).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

23

307. *Keith C. Baldwin and Leah J. Batiste v. City of Houston (Leah J. Batiste).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

308. *Oscar A. Recinos and Rudy A. Vasquez Renderos v. Chase Hunter Whaley, et al. (Oscar A. Recinos).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

309. *Oscar A. Recinos and Rudy A. Vasquez Renderos v. Chase Hunter Whaley, et al. (Rudy A. Vasquez Renderos).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2020).

310. *Bradley A. Godsey v. Marcia Ann Jowers.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

311. *Daniel Fossett v. Owens Corning.* Personal injury claim. Defense expert witness. Personal injury claim. (2020)

312. *Daren Parks and Taisha Parks v. Virginia Gutherie (Daren Parks).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

313. *Daren Parks and Taisha Parks v. Virginia Gutherie (Taisha Parks).* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

314. *John Daniels v. Jason Lynn Cook and State Farm Mutual Automobile Insurance Co.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

315. *Orlando Castro v. 777 Lakes, LP, et al.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2020).

316. *Lucia Patricia Barba v. Ludivina Hernandez and Yesenia Hernandez.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

317. *Gloria Alvarado De Mantilla and Doris Navarro Luis v. Stephanie Dongphuong Bui and Mary Katheryn Love.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

318. *Mario Bernal Rivera v. Dennis Saguindan.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

319. *Paula Dixon v. Boris M. Rodriguez et. al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

320. *Pamela Wilson v. Scott Nowlin, MD, et al.* Plaintiff expert witness. Medical malpractice. (2021)

321. *Debbie Silva v. Tonyia Wade et al.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

322. *Angela Ruth Long v. Texas Farm Bureau Casualty Insurance Company.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

323. *Carlos Padilla v. Jonathan Mendez et. al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

24

324. *Casey Smith v. Allstate Insurance Company, et. al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

325. *Julio Alejandro De Leon Pena v. Rutugandha Paranjpe.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

326. *Lupita Sanchez v. Steven Duwayne Brown.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

327. *Syndi Gibbs v. Patricia Pinkley.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

328. *Shanta Richardson, Calvin Mann and Calberniesha Mann v. Hoang Nguyen (Calvin Mann).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

329. *Shanta Richardson, Calvin Mann and Calberniesha Mann v. Hoang Nguyen (Calberniesha Mann).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

330. *Matthew S. Cortese v. Jadvid N. Quezada, et al.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

331. *Melinda Nyman-Harless v. Adam Grant Bergman.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

332. *Jair Andres Delgado v. Juan Olvera Saenz et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

333. *Gloria Alvarado De Mantilla and Doris Navarro Luis v. Stephanie Dongphuong Bui and Mary Katheryn Love.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

334. *Maria Guadalupe Grande Luis v. Jacqueline Beltran.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

335. *Krystal Ramon v. Jose Nunez et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

336. *Kayla Escamilla v. Jose J. Nuneez and Walter Steven Smith.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

337. *George Turner v. Alondra Roa.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

338. *Victor Duran v. Edwin Earl Washington and Muhammad Wahaj Memon.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

339. *Manuela Gonzalez v. Liberty County Mutual Insurance Company.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

340. *Maria Ines Ramirez v. Alanis Domingo.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

25

341. *Jasmine A. Gutierrez v. Michael R. Skobla, II.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

342. *Hirotake Tokunaga v. Mayasah Aljanabi.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

343. *Martha Neugebauer v. Akayla Jones.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

344. *Marcus Adams v. Christy Liana Tapia.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

345. *Domingo Alaniz and Ruben Aguilar vs. Allstate Fire and Casualty Insurance Company (Domingo Alaniz).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

346. *Domingo Alaniz and Ruben Aguilar vs. Allstate Fire and Casualty Insurance Company (Ruben Aguilar).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

347. *Joe Andre Thomas Firova et al. v. Jitney Jungle GP, LLC et al.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

348. *Anthony Matthew Thompson v. Kevin Dwayne Green.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

349. *Roberto Flores v. Angela Solomon.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

350. *Judy Shackelford v. Johnathan Roberts.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

351. *Sebastiana Campos De Lerma, Individually, and A/N/F A.L. v. Dalton Jabar Howard and City of Houston (Sebastiana Campos De Lerma).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

352. *Sebastiana Campos De Lerma, Individually, and A/N/F A.L. v. Dalton Jabar Howard and City of Houston (Antonio Lerma).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

353. *Joe Andre Thomas Firova et al. v. Jitney Jungle GP, LLC et al (Joe Andre Thomas Firova).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

354. *Joe Andre Thomas Firova et al. v. Jitney Jungle GP, LLC et al (Rolando Rodriguez).* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

355. *Suzanna Lee Reyes v. Allstate Fire and Casualty Insurance.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

356. *Joe Anthony Carrera et al. v. Troy Christopher et al.* Defendant expert witness to evaluate medical necessity of ED care and reasonableness of medical billing charges. (2021).

357. *George Lott v. Inner Loop Logistics, LLC, Larndell Matthews, and Annie Mae Matthews.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

358. *Fernando Sanchez Reyes v. K&B Trucking, et.al.* Defendant expert witness to evaluate reasonableness of medical billing charges. (2021).

## MEDIATIONS/ARBITRATIONS:

1. *Leah Pearl Mullins v. Nilang J. Patel, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

2. *Larry Carl Rougeau v. Preston Riordan Simpson, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

3. *Larry Carl Rougeau v. James T. Molina, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

4. *Tommy Gray v. Phileemon Eric Payne, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

5. *Patricia Y. Beck v. Jacob S. Heydemann, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

6. *Jill A. Sadowski v. Wesley Day, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2019)

7. *Brian Graham Brownson v. Jan Garcia Jr., MD.* State Office of Administration Hearings (SOAH) Docket# 454-195941.BAL. Out of network balance billing dispute. (2020)

8. *Laura Baker v. Gabriel Arevalo, MD.* State Office of Administration Hearings (SOAH) Docket# 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.BAL. Out of network balance billing dispute. (2020)

9. *Janie A. Lopez v. Laura Penton Lee, CRNA.* State Office of Administration Hearings (SOAH) Docket# 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.BAL. Out of network balance billing dispute. (2020)

10. *Neely Kay Meyers v. Justin Northeim, DO.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)

11. *Claudia Ramirez v. Matt Gubert, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)

12. *Jesus X Silva v. Trien Ba Vu, MD.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)

13. *Mindi Gayle Acord v. Jamie Roper, DO.* State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)

27

14. *Violet Saweres v. Martha Grimm, MD*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
15. *Violet Saweres v. Texas Health Presbyterian Hospital*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
16. *David A. Pivnik v. Jeffrey Zipparo, CRNA*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
17. *Nolan Shaw v. Michael Douglas Magee, MD*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
18. *Lisa Marie Kline v. Gloria Fernando, CRNA*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
19. *Mark Dwayne Evans v. Patrick Zelley, MD*. State Office of Administration Hearings (SOAH) Docket# 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.BAL. Out of network balance billing dispute. (2020)
20. *Queen Ugbo Aiuyo v. Robert Lapporte, MD*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
21. *Hamit Yapindi v. Daniel Grimmer, MD*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
22. *Lily Ann Suharto v. Madhusudhan A. Mudduluru, MD & Nababita Basu, MD*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
23. *Valeria Rubi Hinojosa v. College Station Medical Center*. State Office of Administration Hearings (SOAH) Docket # 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.BAL. Out of network balance billing dispute. (2020)
24. *Zoila Pina v. Jesus Paternina, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)
25. *Daniel Davis v. Luis Robles, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)
26. *Lora Lynn Rebeck v. John S. Rankin, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)
27. *Andrea Lynn Houstoun v. Sublime Care Emergency Room*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)
28. *Shirley M. Haynes v. Paul Anderson, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)
29. *Kari Showers v. Edward J. Raytenberg, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

28

30. *Joel Mattson Rainer v. Nicole Malouf, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

31. *Jose E. Benamu v.Carlos Everett, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

32. *Edward Early v. James T. Molina, MD*.  State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

33. *Heather Bond v. Michael Magee, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

34. *Paul D. Salazar v. Paula Lewis, DO*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

35. *Corry Thompson v. Gordon S. Davis, DO*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

36. *Pilar Rosales v. Zeshan Khan, MD*. State Office of Administration Hearings (SOAH) Docket #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. Out of network balance billing dispute. (2020)

37. Ana Alvarado v. Aristo Duenes, MD. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

38. *Rayson Cann Pritchard v. Clear Lake Regional Medical Center*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

39. *Naveed Abdul Mohammed v. Methodist Health System*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

40. *Philip Marks v. Mitesh J. Patel, MD*. State Office of Administration Hearings (SOAH) Docket # 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. Out of network balance billing dispute. (2020)

## PERSONAL MEDICAL DEVICE PATENTS:

1.  Patent #7,921,847- Device and method for placing within a patient an enteral tube after endotracheal intubation.

2.  Patent #8,863,746 B2- Continuation in part. Device and method for placing within a patient an enteral tube after endotracheal intubation.