EXHIBIT D

**Ali S. Saber Tehrani, MD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu



JOHNS HOPKINS
M E D I C I N E

March 11th, 2021

Re: Mary Godwin vs. Royal Caribbean Cruises,

Thank you for asking me to review and provide an opinion for the matter of Mary Godwin vs. Royal Caribbean Cruises. I am a licensed physician to practice medicine in the state of Maryland. I completed my neurology residency in University of Illinois. I am a board-certified neurologist with fellowship training in vascular neurology at Johns Hopkins University School of Medicine and neuro-ophthalmology fellowship training at Harvard Medical School. I earned my medical degree from Shahid Beheshti University of Medical Sciences. I practice and teach vascular neurology and neuro-ophthalmology at Johns Hopkins Hospital, Baltimore, Maryland. I have published more than 30 scientific articles, and I serve as a reviewer for multiple prestigious journals in my field such as "Stroke" and "Neurology." A copy of my curriculum vitae is attached.

My opinions are based upon the review of the medical records, including:

1. Ship records
2. Hospital records at Health City, Cayman Islands
3. Hospital and rehabilitation records at Union General Hospital, Blairsville, GA
4. Notes by Dr. Johann Blignaut, ship physician
5. Deposition record of Dr. Johann Blignaut, ship physician
6. Magnetic Resonance Imaging (MRI) of brain and Magnetic Resonance Angiography (MRA) of head and neck on 12/17/2018 at 10:31 UTC-05:00
7. Magnetic Resonance Imaging of brain on 12/18/2018
8. Computed Tomography Angiography (CTA) of chest, abdomen, and Pelvis on12/17/18

As of December 15th, 2018, Mary Godwin was a 57-year-old woman with past medical history that included hypertension, hyperlipidemia, chronic thoracic aortic dissection without rupture (diagnosed in 2013, managed medically), Marfan's syndrome, and type 2 diabetes mellitus. She was vacationing on a cruise ship at the time. According to the records, there was an emergency call on 12/16/18 at about 00:13 am (UTC -5:00). She reportedly had slurring of speech and right sided arm and leg weakness, however, she was able to overcome gravity in either limb. Per report, she had a headache all day and

**Ali S. Saber Tehrani, MD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu



JOHNS HOPKINS
M E D I C I N E

was wobbly during dinner (unclear time with the available records). Dr. Blignaut, ship's physician, diagnosed Ms. Godwin with a cerebral infarction at this time. Dr. Blignaut's note, signed on Dec 16, 2018 10:26 UTC-05:00, states "Was already more than 9 hours out of Tampa and patient had contraindications for thrombolytic," although it does not comment on the specifics of the contraindication. On the morning of Dec 17th, 2018, at 8 am, Ms. Godwin was transferred to Health City, Grand Cayman for further medical evaluation and management. MRI on 12/17/18 showed two small infarctions in the left pontine area. MR angiogram showed no evidence of large vessel occlusion. CT angiogram showed an old thoracic aortic dissection. She was started on aspirin and atorvastatin. On 12/18/18, before her planned discharge, she clinically worsened and repeat MRI showed evolution of her stroke. The two small infarction areas were merged into one. Her examination at the time of discharge showed slurred speech, right arm and leg weakness (4/5, able to overcome gravity), arm ataxia, and an ataxic gait. She was discharged on aspirin, Plavix, and atorvastatin.

Per American Stroke Association guidelines, standard of care for stroke management is emergent imaging (<30 min from presentation) of the brain to determine whether there is a blocked artery or a hemorrhage. This was completed about thirty-four hours after the initial presentation. If eligible, thrombolytic treatment should be administered within 60 minutes of presentation. Despite correctly diagnosing Ms. Godwin with ischemic stroke, Dr. Blignaut did not elevate her care to a higher level. He did not clarify the patient's last known well and did not document her NIH stroke scale in her note, as is the standard of care. Dr. Blignaut also stated in his note "contraindications for thrombolytic" without specifics. He did not consult available expert tele-stroke services for making a decision against thrombolytic treatment. Current literature underlines safety of thrombolytic treatment in aortic dissection, especially if the dissection is chronic. Such articles include (Noel, Short, and Farooq 2010; Matsuzono et al. 2018; Malek, Nasreddine, and Makki 2019; Mendes et al. 2012). If there is no absolute contraindication to thrombolytic treatment, the standard of care necessitates a discussion of risks and benefits of thrombolytic treatment in the context of old aortic dissection with the patient, instead of deciding for the patient that the thrombolytic treatment is not indicated. If a physician is in doubt, or is not an expert in vascular neurology, he should seek expert opinion for managing a stroke patient. Timely administration of thrombolytic treatment can improved the odds of recovery from stroke by 260 percent (National Institute of Neurological and Stroke rt 1995). Specifically, small artery strokes, similar to the type Ms. Godwin had, respond better to thrombolysis compared with large artery strokes, with functional independence seen in 75.4% in a Swiss study (Fluri et al. 2010).

**Ali S. Saber Tehrani, MD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu



JOHNS HOPKINS
M E D I C I N E

Furthermore, obtaining emergent imaging in the context of brain infarction enables the physician to rule out a brain bleed and start antiplatelet treatment to prevent another stroke. Statistically, 25% of repeat strokes occur within 48 hours of the initial stroke. Ms. Godwin did not receive antiplatelet treatment until she arrived at Health City, Grand Cayman. American Stroke Association guidelines dictate treatment with dual antiplatelet treatment with aspirin and Plavix to prevent repeat stroke in brain infarctions like Ms. Godwin's, which she did not receive until after the worsening of her symptoms on 12/18/18.

The appropriate recommendation for Dr. Blignaut would be to recommend emergent transport of Ms. Godwin to a center capable of appropriate care for stroke for emergent imaging, consulting with available expert tele-stroke services, and discuss risks and benefits of thrombolytic treatment with the patient. After emergent imaging and the decision about thrombolytic treatment, the patient should be started on dual antiplatelet treatment (in the case of thrombolytic treatment, dual antiplatelet to be started 24 hours after thrombolytic administration). A brain bleed should be ruled out immediately.

In summary, by withholding of timely transfer to a medical center with appropriate stroke care capabilities, Royal Caribbean Cruises, Dr. Blignaut led to: 1) delay in appropriate imaging, 2) delay in accurate diagnosis of the nature of the stroke, 3) delay in meaningful treatment, 4) irreversible brain injury that more likely than not could have been prevented if the patient were to receive thrombolytic treatment, based on my experience, current medical literature, and her type of stroke, and 5) delay in dual antiplatelet treatment that more likely than not could have prevented a repeat stroke.

The above stated opinions are based on my education, training, and experience. I hold them with reasonable medical probability. My opinions are subject to change in the event that I am provided with additional medical records, depositions, or diagnostic test data not currently available to me.

Sincerely Yours,

*Tehrani*

Ali S. Saber Tehrani, MD
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

**Ali S. Saber Tehrani, MD**
Assistant Professor of Neurology
The Johns Hopkins University School of Medicine
Division of Neuro-Visual & Vestibular Disorders
Division of Stroke

Johns Hopkins Hospital, 600 N. Wolfe Street
Pathology 2 building, suite 215
Baltimore, MD, 21287
Office: 410-955-9313
Fax: 410-614-1746
Email: ali.tehrani@jhmi.edu



## Bibliography

1.  Fluri, F., F. Hatz, M. P. Rutgers, D. Georgiadis, L. Sekoranja, G. Schwegler, H. Sarikaya, B. Weder, F. Muller, R. Luthy, M. Arnold, M. Reichhart, H. P. Mattle, B. Tettenborn, K. Nedeltchev, H. J. Hungerbuhler, R. Sztajzel, R. W. Baumgartner, P. Michel, P. A. Lyrer, and S. T. Engelter. 2010. 'Intravenous thrombolysis in patients with stroke attributable to small artery occlusion', *Eur J Neurol*, 17: 1054-60.

2.  Malek, E. G., W. Nasreddine, and A. Makki. 2019. 'Successful Thrombolysis in the Setting of Marfan Syndrome and Chronic Aortic Dissection', *Neurologist*, 24: 183-84.

3.  Matsuzono, K., M. Suzuki, N. Arai, Y. Kim, T. Ozawa, T. Mashiko, H. Shimazaki, R. Koide, and S. Fujimoto. 2018. 'Successful Tissue Plasminogen Activator for a Patient with Stroke After Stanford Type A Aortic Dissection Treatment', *J Stroke Cerebrovasc Dis*, 27: e132-e34.

4.  Mendes, A., T. Mendonca, A. Sousa, G. Moreira, and M. Carvalho. 2012. 'Stroke secondary to aortic dissection treated with a thrombolytic: a successful case', *Neurol Sci*, 33: 107-10.

5.  National Institute of Neurological, Disorders, and P. A. Stroke Study Group Stroke rt. 1995. 'Tissue plasminogen activator for acute ischemic stroke', *N Engl J Med*, 333: 1581-7.

6.  Noel, M., J. Short, and M. U. Farooq. 2010. 'Thrombolytic therapy in a patient with acute ischemic stroke caused by aortic dissection', *Clin Neurol Neurosurg*, 112: 695-6.

Revised Jan 2021            **Ali S. Saber Tehrani, MD**

## CURRICULUM VITAE

**Name:** Ali S. Saber Tehrani          **Office:** Johns Hopkins Hospital,
**Email:** ali.tehrani@jhmi.edu         600 N. Wolfe Street
**Phone:** 203-589-0791          Pathology 2 building, suite 215
         Baltimore, MD, 21287

**Education:**

| | |
|---|---|
| *PhD. Candidate*<br>*Sep 2019-Present* | Graduate Training Program in Clinical Investigation,<br>Johns Hopkins Bloomberg School of Public Health, Baltimore, MD |
| *Vascular Neurology*<br>*Clinical Fellowship*<br>*Sep 2018-Aug 2019* | Johns Hopkins University School of Medicine, Johns Hopkins Hospital<br>and Johns Hopkins Bayview Medical Center, Baltimore, MD |
| *Neuro-Ophthalmology*<br>*Clinical Fellowship*<br>*Sep 2017-Aug 2018* | Harvard Medical School, Massachusetts Eye and Ear Infirmary and<br>Brigham and Women's Hospital, Massachusetts General Hospital,<br>Boston, MA |
| *Neurology Residency*<br>*Sep 2013 – Aug 2017* | Department of Neurology, University of Illinois, College of Medicine at<br>Peoria, IL |
| *Science of Clinical*<br>*Investigation (SOCI)*<br>*Certificate Program*<br>*Aug 2011- June 2012* | Johns Hopkins Bloomberg School of Public Health, Baltimore, MD |
| *Medical Doctorate*<br>*Oct 1999 - June 2008* | Shahid Beheshti University of Medical Sciences, Tehran, Iran |

## Career/Academic Appointments

| | |
|---|---|
| *Sep 2019- Present* | Assistant Professor of Neurology, Division of Neuro-Visual & Vestibular Disorders Hopkins, Division of Stroke, Johns Hopkins University School of Medicine, Baltimore, MD |
| *Sep 2018-Aug 2019* | Clinical Vascular Neurology Fellow. Johns Hopkins University School of Medicine, Johns Hopkins Hospital and Johns Hopkins Bayview Medical Center, Baltimore, MD |
| *Sep 2017- Aug 2018* | Clinical Neuro-Ophthalmology Fellow. Harvard Medical School, Massachusetts Eye and Ear Infirmary, Brigham and Women's Hospital, Massachusetts General Hospital, Boston, MA |
| *Sep 2016 - Aug 2017* | Neurology Chief Resident, Department of Neurology, University of Illinois, College of Medicine at Peoria |
| *Sep 2013 - Aug 2016* | Neurology Resident Physician, Department of Neurology, University of Illinois, College of Medicine at Peoria; clinical training in general neurology |
| *Sep 2010 - Sep 2013* | Postdoctoral Fellow, Department of Neurology, Division of Neuro-Visual & Vestibular Disorders, Johns Hopkins School of Medicine, Baltimore, MD: Under supervision of Dr. David E. Newman-Toker |

1

Revised Jan 2021                                             **Ali S. Saber Tehrani, MD**

| | |
|---|---|
| *July 2009 - Sep 2010* | Postdoctoral Associate, AIDS Program, Section of the infectious diseases, Department of Internal Medicine, Yale University School of Medicine, New Haven, CT: Under supervision of Dr. Frederick L. Altice |
| *Jun 2008 - Jul 2009* | Research Fellow, National Research Institute of Tuberculosis and Lung Diseases, Tehran, Iran |
| *Jun 2005 - Jun 2008* | Research Fellow, Neuroscience Research Center, Shahid Beheshti University of Medical Sciences, Tehran, Iran |
| *Oct 2006 - Jan 2007* | Research Fellow, Pediatric Neurology Research Center, Shahid Beheshti University of Medical Sciences, Mofid Children Hospital, Tehran, Iran |
| *Oct 1999 - Jun 2008* | Doctor of Medicine, Shahid Beheshti University of Medical Sciences, Tehran, Iran |

## Educational activities

- Mentored MPH capstone project, student: Dr. Mina Motaghi – Video Head Impulse Test for Evaluation of Sixth Nerve Palsy.
- Taught Neurology residents during morning and noon conference at Johns Hopkins University School of Medicine, Johns Hopkins Hospital 2018-present
- Taught HINTS examination battery (Head impulse test, Direction changing Nystagmus, Test of Skew) at Neuro-ophthalmology and Neuro-vestibular Exam Lab Skills session at 67th AAN annual meeting, April 2015, Washington, DC.
- Taught medical student courses (M2 level) at University of Illinois College of Medicine at Peoria, Nov-Dec 2014, Nov 2015, and Nov 2016.
- Taught ED residents in the Johns Hopkins ED program about the diagnostic approach to dizziness to improve diagnostic accuracy, and to improve diagnostic reasoning skills using diagnostic gaming software, 2012, Baltimore, MD.

## Board Certification

| | |
|---|---|
| ECFMG certification: | ECFMG Certified |
| Neurology Specialty Board: | American Board of Psychiatry and Neurology, board certified |

License to practice medicine:

| | |
|---|---|
| Illinois, US | 7/19/2013, expired |
| Massachusetts, US | 4/27/2017, expired |
| Maryland, US | 04/05/2018 |

## Administrative Positions

| | |
|---|---|
| 2015-2017 | Illinois Neurological Institute Research Council |
| 2004-2006 | Director of Shahid Beheshti Medical Faculty Student's Research Organization, Tehran, Iran |

## Professional Honors & Recognition

| | |
|---|---|
| 2019 | Moore Fellowship in Diagnostic Excellence |
| 2015 | Travel award, 2015 American Neurological Association Meeting, Chicago, IL |
| 2014 | Travel award, 2014 American Neurological Association Meeting, Baltimore, MD |
| 2013 | Best abstract presentation by a student; 39th Annual North American Neuro Ophthalmology Society (NANOS) meeting, Snow Bird, UT, USA |

Revised Jan 2021                                                    **Ali S. Saber Tehrani, MD**

2006            Recognition of service award, Shahid Beheshti Medical Faculty Students' Research Organization (Tehran, Iran)

**Funding:**

Dates: 1/1/2021-12/31/2021
Title: Clinician Scientist Award
Sponsor: Johns Hopkins University
Total Direct Costs: $80,000
Role: Principal investigator

Dates: 7/1/2019-6/30/2020
Title: Research scholar support
Sponsor: Leon Levy Foundation
Total Direct Costs: $50,000
Role: Principal investigator

Dates: 7/1/2019-6/30/2020
Title: Moore Fellowship in Diagnostic Excellence
Sponsor: Society to Improve Diagnosis in Medicine
Total Direct Costs: $40,000
Role: Principal investigator

Dates: 10/1/2016-10/1/2017
Title: Video head impulse test for follow up of cranial nerve 3-4-6 paresis
Sponsor: Illinois Neurological Institute
Total Direct Costs: $21,500
Principal Investigator: Ali Saber Tehrani
Role: Principal investigator

**Professional Organizations**

American Academy of Neurology, US:  2011 - Present; active member
American Heart Association: 2019 - Present

**Invited Talks, Panels**

04/2018         Speaker, Harvard Medical School Mass. Eye and Ear Infirmary Grand Rounds, "In the brain and in the eyes", Boston, MA
09/2020         Speaker, AHA Strategically Focused Research Networks, "Johns Hopkins Center Mobile Technologies to Achieve Equity in Cardiovascular Health", online
09/2020         Speaker, University of Illinois College of Medicine Grand Rounds, "Developing novel tools for diagnosis and prognosis of posterior circulation strokes", online
01/2021         Speaker, Johns Hopkins University mobile Health Interest Group, "neuro-visual disorders, technological innovations, and stroke diagnosis", Baltimore, MD

**Editorial Activities (dates, role):**
Ad Hoc Peer Reviewer, Neurology (2016-present); 15 papers
Ad Hoc Peer Reviewer, Stroke (2016-present); 6 papers
Ad Hoc Peer Reviewer, Journal of Neurological disorders (2016-present); 6 papers
Ad Hoc Peer Reviewer, Journal of Neurology (2017-present); 1 paper

3

Revised Jan 2021                                                    **Ali S. Saber Tehrani, MD**

Ad Hoc Peer Reviewer, Journal of Otology (2017-present); 1 paper
Ad Hoc Peer Reviewer, Otology and Neuro-Otology (2016-present)

**Clinical (Service) Responsibilities:**
2020-present   Neurology Stroke inpatient service, Attending, Johns Hopkins Hospital, 1 month/year
2029-present   Neurology inpatient service, Attending, Johns Hopkins Bayview Hospital, 1 month/year
2019-present   Neuro-visual vestibular fellow clinic, Attending, Johns Hopkins Hospital

**Skills:**

- Lead an AHA funded study to analyze phone recorded eye movements to diagnose stroke
- Organized and coordinated a grant funded research project as Primary Investigator.
- Helped write multiple NIH b grants under supervision of Dr. David Newman-Toker. Our group won a NIH R01 grant award of $5.5 million, titled AVERT_Acute Video-oculography for Vertigo in Emergency Rooms for Rapid Triage (NIH eReporter Project Number: 1U01DC013778-01A1).
- Experienced in writing institutional review board (IRB) applications. Wrote more than 32 initial IRB applications, application renewals, and amendments (combined) at Harvard Medical School, Johns Hopkins School of Medicine, Yale School of Medicine, and University of Illinois College of Medicine at Peoria.
- Designed databases in Microsoft Access. Analyzed research data using statistics programs such as SPSS, STATA and R project.
- Training in budgeting and CRMS (clinical research management system).
- Languages: English (fluent), Farsi (native)

**RESEARCH ACTIVITIES**
Google scholar profile link:
http://scholar.google.com/citations?user=6fPJDDkAAAAJ&hl=en
Google Scholar H-Index: 19
Google Scholar I 10-Index: 27
Google Scholar Number of Citations: 1865
32 Original Research Articles (authorship: 7 first, 10 second, 13 other)
5 Educational Publications (authorship: 1 first, 3 second, 1 other)
33 Abstracts (Oral presentations: 10, authorship: 21 first, 6 second, 1 senior)

**Peer-Reviewed Publications**

1. Hafez-Amini P, Shams J, **Saber Tehrani AS**, Haeri-Rohani A, Parivar K, Babapour V, Sahraei H. Olanzapine antagonizes the acquisition and expression of morphine-induced conditioned place preference in male and female mice. Physiology and Pharmacology. 2006, 10(2): 135-142.

2. Naderi N, Haghparast A, **Saber Tehrani AS**, Rezaii N, Alizadeh A, Khani A, Motamedi F. Interaction between cannabinoid compounds and diazepam on anxiety-like behavior of mice. Pharmacology, Biochemistry and Behavior. 2008 Mar;89(1):64-75. Epub 2007 Nov 21.PMID: 18096213.

3. Tabarsi P, **Saber Tehrani AS**, Baghaei P, Padyab M, Mansouri D, Masjedi M, Velayati A, Altice FL. Early Initiation of Antiretroviral Therapy Results in Decreased Morbidity and Mortality

4

among Patients with Advanced HIV Disease. Journal of the International AIDS Society. 2009 Jul 16;12:14. PMID: 19607726.

4. **Saber Tehrani AS**, Naderi N, Hosseini Najarkolaei A, Haghparast A, Motamedi F. Cannabinoids and Their Interactions with Diazepam on Modulation of Serum Corticosterone Concentration in Male Mice. Neurochemical Research. 2010 Jan;35(1):60-6. Epub 2009 Jul 10. PMID: 19590959.

5. Alizadeh AH, Ranjbar M, **Saber Tehrani AS**, Keramat F, Mamani M, Rezazadeh M, Aini P, Khalilian A, Majlesi A, Hajilooi M. Seroprevalence of HDV and its risk factors in the west of Iran. J Microbiol Immunol Infect. 2010 Dec;43(6):519-23. PMID: 21195980.

6. **Saber Tehrani AS**, Bruce RD, Altice FL. Pharmacokinetic drug interactions and adverse consequences between psychotropic medications and pharmacotherapy for the treatment of opioid dependence. Am J Drug Alcohol Abuse. 2011 Jan;37(1):1-11. PMID: 21247284.

7. **Saber Tehrani AS**, Springer SA, Qiu J, Herme M, Wickersham J, Altice FL. Rationale, study design and sample characteristics of a randomized controlled trial of directly administered antiretroviral therapy for HIV-infected prisoners transitioning to the community-a potential conduit to improved HIV treatment outcomes. Contemp Clin Trials. 2012 Mar;33(2):436-44. Epub 2011 Nov 12. PMID: 22101218.

8. Broadhead RS, Borch C, van Hulst Y, Gauchat G, **Saber Tehrani AS**, Stringer KL, Heckathorn DD, Altice FL. Relying on Injection Drug Users to Access and Adhere to HIV Therapeutics Bittersweet Lessons Using Respondent-Driven Sampling and a Peer-Driven Intervention. Journal of Drug Issues. 2012 Apr, 42 (2): 127-146.

9. Springer SA, Qiu J, **Saber Tehrani AS**, Altice FL. Retention on Buprenorphine Is Associated with High Levels of Maximal Viral Suppression among HIV-Infected Opioid Dependent Released Prisoners. PloS one. 2012;7(5):e38335. Epub 2012 May 31. PMID: 22719814.

10. Gottesman R, Sharma P, Robinson KA, Arnan M, Tsui M, **Saber Tehrani AS**, Newman-Toker DE. Imaging Characteristics of Symptomatic Vertebral Artery Dissection. A Systematic Review. Neurologist. 2012 Sep;18(5):255-60. PMID: 22931729.

11. Newman-Toker DE, **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Blitz A, Ying SH, Hsieh YH, Rothman RE, Hanley D, Zee DS, Kattah JC. Quantitative video-oculography for diagnosing stroke at the bedside in acute vertigo: an "ECG" for the eyes. Stroke. 2013 Apr;44(4):1158-61. PMID: 23463752.

12. **Saber Tehrani AS**, Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 25-Year summary of US malpractice claims for diagnostic errors 1986–2010: an analysis from the National Practitioner Data Bank. BMJ Qual Saf. 2013 Aug;22(8):672-80. PMID: 23610443.

Revised Jan 2021                                                                Ali S. Saber Tehrani, MD

13. **Saber Tehrani AS**, Coughlan D, Hsieh YH, Mantokoudis G, Korley F, Kerber K, Frick K, Newman-Toker DE. Rising annual costs of dizziness presentations to US emergency departments. Acad Emerg Med. 2013 Jul;20(7):689-96. PMID: 23859582.

14. Newman-Toker DE, Kerber KA, Hsieh YH, Pula JH, Omron R, **Saber Tehrani AS**, Mantokoudis G, Hanley DF, Zee DS, Kattah JC. HINTS out performs ABCD2 to screen for stroke in acute continuous vertigo and dizziness. Acad Emerg Med. 2013 Oct;20(10):986-96. PMID: 24127701.

15. Herrick DB, Nakhasi A, Nelson B, Rice S, Abbott PA, **Saber Tehrani AS**, Rothman RE, Lehmann HP, Newman-Toker DE. Usability characteristics of self-administered computer-assisted interviewing in the emergency department: factors affecting ease of use, efficiency, and entry error. Appl Clin Inform. 2013 Jun 19;4(2):276-92. PMID: 23874364.

16. Kattah JC, Dhanani SS, Pula JH, Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. Vestibular signs of thiamine deficiency during the early phase of suspected Wernicke encephalopathy. Neurology Clinical Practice. 2013 Dec;3(6), 460-468.

17. Mantokoudis G, Schubert MC, **Saber Tehrani AS**, Wong AL, Agrawal Y. Early Adaptation and Compensation of Clinical Vestibular Responses After Unilateral Vestibular Deafferentation Surgery. Otology & Neurotology. 2014 Jan;35(1):148-54. PMID: 23965525.

18. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small Strokes Causing Severe Vertigo—Frequency of False-Negative MRIs and Non-Lacunar Mechanisms. Neurology. 2014 Jul 8;83(2):169-73. PMID: 24920847.

19. Mantokoudis G, **Saber Tehrani AS**, Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. VOR Gain by Head Impulse Video-Oculography Differentiates Acute Vestibular Neuritis From Stroke. Otol Neurotol. 2015 Mar;36(3):457-65. PMID: 25321888.

20. Mantokoudis G, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede I, Zee DS, Newman-Toker DE. Quantifying the vestibulo-ocular reflex with video-oculography: nature and frequency of artifacts. Audiology & Neuro-otology, Audiol Neurootol. 2015;20(1):39-50. PMID: 25501133.

21. Mantokoudis G, Agrawal Y, Newman-Toker DE, Xie L, **Saber Tehrani AS**, Wong A, Schubert MC. Compensatory saccades benefit from prediction during head impulse testing in early recovery from vestibular deafferentation. Eur Arch Otorhinolaryngol. 2016 Jun;273(6):1379-85. PMID: 26088345.

22. Mantokoudis G, **Saber Tehrani AS**, Xie L, Eibenberger K, Eibenberger B, Roberts D, Newman-Toker DE, Zee DS. The video head impulse test during post-rotatory nystagmus: physiology and clinical implications. Exp Brain Res. 2016 Jan;234(1):277-86. PMID: 26449967.

23. Mantokoudis G, **Saber Tehrani AS**, Wong AL, Agrawal Y, Wenzel A, Carey JP. Adaptation and Compensation of Vestibular Responses Following Superior Canal Dehiscence Surgery. Otol Neurotol. 2016 Oct;37(9):1399-405. PMID: 27556420

24. Mantokoudis G, **Saber Tehrani AS**, Wozniak A, Eibenberger K, Kattah J, Guede C, Zee DS, Newman-Toker DE. Impact of Artifacts on VOR Gain Measures by Video-Oculography in the Acute Vestibular Syndrome. J Vestib Res. 2016 Nov 3;26(4):375-385. PMID: 27814312.

Revised Jan 2021                                                      **Ali S. Saber Tehrani, MD**

25. Kattah JC, **Saber Tehrani AS**, Roeber S, Gujrati M, Bach SE, Newman Toker DE, Blitz AM, Horn AKE. Transient Vestibulopathy in Wallenberg's Syndrome: Pathologic Analysis. Front Neurol. 2017 May 17;8:191. PMID: 28567027

26. **Saber Tehrani AS**, Kattah JC, Kerber KA, Gold DR, Zee DS, Urrutia VC, Newman-Toker DE. Diagnosing Stroke in Acute Dizziness and Vertigo: Pitfalls and Pearls. Stroke. 2018 Mar;49(3):788-795. PMID: 29459396

27. Kattah JC,  **Saber Tehrani AS**, du Lac S, Newman-Toker DE, Zee DS. Conversion of upbeat to downbeat nystagmus in Wernicke encephalopathy. Neurology. 2018 Oct 23;91(17):790-796. PMID: 30348852

28. Newman-Toker DE, Schaffer AC, Yu-Moe W, Nassery N, **Saber Tehrani AS**, Clemens GD, Wang Z, Zhu Y, Fanai M, Siegal D. 2019. Serious misdiagnosis-related harms in malpractice claims: The "Big Three" – vascular events, infections, and cancers. Diagnosis. 2019 Aug 27;6(3):227-240. PMID: 31535832

29. Newman-Toker DE, Wang Z, Zhu Y, Nassery N, **Saber Tehrani AS**, Schaffer AC, Yu-Moe W, Clemens GD, Fanai M, Siegal D. Rate of diagnostic errors and serious misdiagnosis-related harms for major vascular events, infections, and cancers: toward a national incidence estimate using the "Big Three". Diagnosis. 2020 May.

30. Zamaro E, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede CI, Armando L, Caversaccio MD, Newman-Toker DE, Mantokoudis G. VOR gain calculation methods in video head impulse recordings. J Vestib Res. 2020;30(4):225-234. PMID: 32804110

31. Shaikh AG, Bronstein A, Carmona S, Cha YH, Cho C, Ghasia FF, Gold D, Green KE, Helmchen C, Ibitoye RT, Kattah J, Kim JS, Kothari S, Manto M, Seemungal BM, Straumann D, Strupp M, Szmulewicz D, Tarnutzer A, **Saber Tehrani AS**, Tilikete C, Welgampola M, Zalazar G, Kheradmand A. Consensus on Virtual Management of Vestibular Disorders: Urgent Versus Expedited Care. Cerebellum. 2020 Aug 14:1–5. doi: 10.1007/s12311-020-01178-8. PMID: 32794025; PMID: PMC7426203.

32. Green KE, Pogson JM, Otero-Millan J, Gold DR, Tevzadze N, **Saber Tehrani AS**, Zee DS, Newman-Toker DE, Kheradmand A. Opinion and Special Articles: Remote evaluation of acute vertigo: Strategies and technological considerations. Neurology. 2020 Oct 1:10.1212. PMID: 33004609.

## Educational publications and case reports

1. Tonekaboni SH, Karimi A, Armin S, Khase L, **Saber Tehrani AS**. Neurobrucellosis: A partially treatable cause of visual loss. Pediatric Neurology. 2009 May;40(5):401-3. PMID: 19380082.

2. Beh SC, **Saber Tehrani AS**, Kheradmand A, Zee D. Damping of monocular pendular nystagmus with vibration in a patient with multiple sclerosis. Neurology. 2014 Apr 15;82(15):1380-1. PMID: 24634455.

7

Revised Jan 2021                                                                    **Ali S. Saber Tehrani, MD**

3. Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. An unusual stroke-like clinical presentation of creutzfeldt jakob disease – acute vestibular syndrome. Neurologist. 2015 Apr;19(4):96-8. PMID: 25888195.

4. Cardenas-Robledo S, **Saber Tehrani AS**, Blume G, Kattah JD. Visual, Ocular Motor, and Cochleo-Vestibular Loss in Patients With Heteroplasmic, Maternally-Inherited Diabetes Mellitus and Deafness (MIDD), 3243 Transfer RNA Mutation. J Neuroophthalmol. 2016 Jun;36(2):134-40. PMID: 26741293

5. **Saber Tehrani AS**, Desanto JR, Kattah JD. Neuroimaging" HINTS" of the Lateral Medullary Syndrome. Journal of Neuro-Ophthalmology. 2017 Dec; 37(4): 403-404. PMID: 28471903

## Abstracts and Presentations

1. Altice FL, **Saber Tehrani AS**, Qiu J, Herme M, Springer S. Directly Administered Antiretroviral Therapy (DAART) is Superior to Self-Administered Therapy (SAT) Among Released HIV+ Prisoners: Results from a Randomized Controlled Trial (RCT). 18th Conference on Retroviruses and Opportunistic Infections; 2011, Boston, MA, US.

2. **Saber Tehrani AS**, Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005. *Oral presentation* in Second annual Johns Hopkins Medicine Patient Safety Summit; June 2011, Baltimore, MD, US.

3. **Saber Tehrani AS**, Zhou Y, Lee SH, Robinson KA, Newman-Toker DE. Anterior circulation stroke causing dizziness or vertigo: a systematic review. *Oral presentation* in American Neurological Association 136th annual meeting; September 2011, San Diego, CA, US.

4. **Saber Tehrani AS**, Hsieh YH, Edlow JA, Camargo CA, Newman-Toker DE. Co-complaints influence odds of stroke diagnosis in ED dizziness. American Neurological Association 136th annual meeting; September 2011, San Diego, CA, US.

5. **Saber Tehrani AS**, Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005. AHRQ 2011 Annual Conference; September 2011, Bethesda, MD, US.

6. **Saber Tehrani AS**, Lee H, Mathews S, Shore A, Frick K, Makary M, Pronovost P, Newman-Toker DE. 20-Year Summary of US Malpractice Claims for Diagnostic Errors from 1985-2005. Diagnostic Error in Medicine, 4th International Conference; October 2011, Chicago, IL, US.

7. Omron R, **Saber Tehrani A.S**, Duval-Arnold J. Korley F, Lee S.H, Tarnutzer A.A. Lehmann C. Cohen M, Hsieh Y.H, Newman-Toker D. Participation in a "Vertigo Day" Multifaceted Training Intervention Results in Improved Resident Comfort Discharging Vestibular Neuritis Patients Without Unnecessary CT Scans. Annals of Emergency Medicine Nov 2012; 60 (5): S171.

8. **Saber Tehrani AS**, Rodney Omron R, Duval-Arnould J, Korley F, Lee SH, Tarnutzer A, Cohen M, Patricia Abbott P, Lehmann C, HsiehYH, Newman-Toker DE. Low-Cost Diagnostic Gaming to Measure Symptom-Specific Diagnostic Reasoning Skills. The 64th AAN Annual Meeting, April 2012, New Orleans, LA, US. Neurology April 26, 2012; 78 (Meeting Abstracts): P07.235.

8

Revised Jan 2021                                                           **Ali S. Saber Tehrani, MD**

9.  **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Physiologic Device-Based Diagnosis of Stroke in Acute Vertigo: Proof-of-Concept. American Neurological Association 137th annual meeting; October 2012, Boston, MA, US.

10. **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Physiologic Device-Based Diagnosis of Stroke in Acute Vertigo: Proof-of-Concept. *Oral presentation*, 39th Annual North American Neuro Ophthalmology Society (NANOS) meeting; February 2013, Snow Bird, UT, US.

11. **Saber Tehrani AS**, Coughlan D, Hsieh YH, Mantokoudis G, Korley F, Kerber K, Frick K, Newman-Toker DE. Rising annual costs of dizziness presentations to US emergency departments. 65th American Academy of Neurology (AAN) annual meeting, March 2013, San Diego, CA, US.

12. **Saber Tehrani AS**, Mantokoudis G, Pula JH, Guede CI, Kerber KA, Rothman RE, Hanley D, Zee DS, Kattah JC, Newman-Toker DE. Quantitative Video-Oculography for Diagnosing Stroke at the Bedside in Acute Vertigo: An "ECG" for the Eyes. *Oral presentation*. 65th American Academy of Neurology (AAN) annual meeting, March 2013, San Diego, CA, US.

13. **Saber Tehrani AS**, Mathews S, Frick K, Makary M, Pronovost P, Newman-Toker DE. 25-Year summary of US diagnostic error related malpractice claims against repeat offenders from 1985-2005. Diagnostic Error in Medicine 6th International Conference, Sep 2013, Chicago, IL.

14. Kattah JC, Dhanani SS, Pula JH, Mantokoudis G, **Saber Tehrani AS**, Newman-Toker DE. Vestibular signs of thiamine deficiency during the early phase of suspected Wernicke encephalopathy. 40th Annual North American Neuro Ophthalmology Society (NANOS) meeting; March 2014, Rio Grande, Puerto Rico.

15. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small Posterior Fossa Strokes Causing Severe Vertigo: Anatomic Distribution and Clinical Features of the "Lacunar" Acute Vestibular Syndrome. Oral presentation in 40th Annual North American Neuro Ophthalmology Society (NANOS) meeting; March 2014, Rio Grande, Puerto Rico.

16. Zhou Y, Lee SH, Mantokoudis G, **Saber Tehrani AS**, Ying S, Hsieh YH, Robinson KA, Hanley D, Zee DS, Newman-Toker DE. Vertigo and dizziness in anterior circulation cerebrovascular disease: a systematic review. 66th American Academy of Neurology (AAN) meeting; April 2014, Philadelphia, PA.

17. **Saber Tehrani AS**, Mantokoudis G, Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. Quantitative video-oculography to differentiate stroke from vestibular neuritis in acute vertigo—vestibulo-ocular reflex gain distributions and optimal test thresholds for diagnosis. 66th American Academy of Neurology (AAN) meeting; April 2014, Philadelphia, PA.

18. **Saber Tehrani AS**, Mantokoudis G, Agrawal Y, Kattah JC, Newman-Toker DE. Feasibility of training technicians to perform vestibulo-ocular reflex head impulse testing by video-oculography. Oral presentation in XXVIIIth Bárány Society Meeting; May 2014, Buenos Aires, Argentina.

19. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small strokes causing severe vertigo-frequency of false-negative MRIs and non-lacunar mechanisms. Oral presentation in XXVIIIth Bárány Society Meeting; May 2014, Buenos Aires, Argentina.

20. Mantokoudis G, **Saber Tehrani AS**, Wozniak A, Eibenberger K, Kattah JC, Guede CI, Zee DS, Newman-Toker DE. Quantitative video-oculography to differentiate stroke from vestibular neuritis in acute vertigo—vestibulo-ocular reflex gain distributions and optimal test thresholds for diagnosis. American Neurological Association meeting; Oct 2014, Baltimore, MD.

21. **Saber Tehrani AS**, Kattah JC, Mantokoudis G, Pula JH, Nair N, Blitz A, Ying S, Newman-Toker DE. Small strokes causing severe vertigo-frequency of false-negative mris and non-lacunar mechanisms. Oral presentation in American Academy of Ophthalmology (AAO) Meeting; Oct 2014, Chicago, IL.

22. Mantokoudis G, **Saber Tehrani AS**, Kattah JC, Eibenberger K, Guede I, Zee DS, Newman-Toker DE. Quantifying the vestibulo-ocular reflex with video-oculography: nature and frequency of artifacts. North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2015, San Diego, US.

23. Kattah JC, De Santo J, **Saber Tehrani AS**, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. Oral presentation in North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2015, San Diego, US.

24. Kattah JC, De Santo J, **Saber Tehrani AS**, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. Oral presentation in American Academy of Neurology meeting; Apr 2015, Washington, DC, US.

25. Kattah JC, **Saber Tehrani AS**, De Santo J, Pula JH, Newman-Toker DE. A radiographic target sign for abnormal vertebral artery flow in stroke patients with acute vestibular syndrome. poster presentation in American Neurologic Association meeting; Sep 2015, Chicago, IL, US.

26. **Saber Tehrani AS**, Hassanzadeh B, Samaha E, Kattah JC. Total absence of conjugate horizontal eye movements and facial paresis as the first presentation of Multiple sclerosis. Poster presentation in North American Neuro Ophthalmology Society (NANOS) meeting; Feb 2016, Tucson, Az, US.

27. Kattah JC, **Saber Tehrani AS**, Roeber S, Gujrati M, Martin SE, Newman Toker DE, Horn AKE. Clinico-pathologic correlation in lateral medullary stroke with transient ocular motor findings mimicking peripheral vestibular dysfunction. Poster presentation in American Academy of Neurology meeting; Apr 2016, Vancouver, BC, Canada.

28. **Saber Tehrani AS**, Londono D, Rashid T, Biernot JM, Kattah JC. Alcohol is never the answer, but it does make you forget the question. Oral presentation (Walsh session) in North American Neuro Ophthalmology Society (NANOS) meeting; Apr 2017, Washington, DC, US.

29. Londono D, **Saber Tehrani AS**, Kattah JC. A Retrospective Case Study Characterizing the Oculomotor Abnormalities in Patient with Immune-mediated Cerebellar Ataxias. Poster presentation in American Academy of Neurology meeting; Apr 2017, Boston, MA, US.

Revised Jan 2021                                                                       **Ali S. Saber Tehrani, MD**

30. **Saber Tehrani AS**, Ehsan M, Hassanzadeh B, Newman-Toker DE, Kattah JC. Video head impulse test for follow up of cranial nerve 3, 4, or 6 paresis. Poster presentation in American Academy of Neurology meeting; Apr 2017, Boston, MA, US.

31. **Saber Tehrani AS**, Nassery N, Schaffer A, Yu-Moe C, Clemens G, Wang Z, Fanai M, Siegal D, Newman-Toker DE. Serious Misdiagnosis-Related Harms Due to Missed Vascular Events in the United States—Incidence, Settings, and Causes. Diagnostic Errors in Medicine Meeting; Nov, 2018, New Orleans, LA, US.

32. **Saber Tehrani AS**, Nassery N, Schaffer A, Yu-Moe C, Clemens G, Wang Z, Fanai M, Siegal D, Newman-Toker DE. Serious Misdiagnosis-Related Harms Due to Missed Vascular Events in the United States—Incidence, Settings, and Causes. American Academy of Neurology Meeting; May, 2019, Philadelphia, PA, US.

33. Badihian S, Sebestyen K, Keita M, Nassery N, Wang Z, Newman-Toker DE, **Saber Tehrani AS**. Trends in Imaging Utilization and Hospitalization of Dizziness and Vertigo in US Emergency Departments (1995-2015). Annals of neurology, 2020/10/1. Vol. 88. S167-S167.